IN THE UNTIED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ERICK SANCHEZ** )<br>2507 Constance Street )<br>New Orleans, LA 70130 )<br> )<br>**CARSON SIEVING** )<br>11 Fort Path Road )<br>Madison, CT 06433 )<br> )<br>and )<br> )<br>**STEPHANIE RUBY** )<br>320 Briarwood Drive )<br>Elverson, PA 19520 )<br> )<br>Plaintiffs, )<br> )<br>v. )<br> )<br>**APCO WORLDWIDE, LLC** )<br>Serve: Registered Agent )<br>Corporation Service Company )<br>1090 Vermont Avenue, NW )<br>Washington, D.C. 20005 )<br> )<br>Defendant. )<br> ) | Case No.: _____<br><br><br>Judge _____<br><br><br><br>COMPLAINT AND JURY DEMAND |

## **COMPLAINT**

Plaintiffs, ERICK SANCHEZ ("Mr. Sanchez"), CARSON SIEVING ("Ms. Sieving"), and STEPHANIE RUBY ("Ms. Ruby") (collectively the "Event Team"), bring this complaint in the United states District Court for the District of Columbia against APCO WORLDWIDE, LLC ("APCO"), alleging as follows:

### **PARTIES**

1.  Mr. Sanchez is an individual residing in the State of Louisiana.

2.  Ms. Sieving is an individual residing in the State of Connecticut.

3.  Ms. Ruby is an individual residing in the Commonwealth of Pennsylvania.

4.  APCO Worldwide, LLC is a limited liability company organized under the laws of the state of Delaware with a principal place of business at 1299 Pennsylvania Avenue, NW, Suite 300, Washington, D.C. 20004.

## JURISDICTION AND VENUE

5.  This Court has jurisdiction to hear Plaintiffs' claim pursuant to 28 U.S.C. § 1332.

6.  This Court has personal jurisdiction over Defendant because Defendant has its principal place of business in the District of Columbia and has continuous and ongoing business contacts with residents of the District of Columbia.

7.  Venue is this District is proper under 28 U.S.C. § 1391(b)(2).

## STATEMENT OF FACTS

### APCO Representatives Recruit Event Planning Team

8.  On March 9, 2018, Anthony DeAngelo, Media Relations Manager for Defendant, reached out to Mr. Sanchez, a New Orleans-based independent consultant. DeAngelo and Mr. Sanchez had each previously performed work for different labor unions and met when the two unions collaborated on a project. DeAngelo sought a subcontractor for planning of an event for one of APCO's clients in Washington D.C. to be held on March 22, 2018, with the possibility of planning additional events in other locations. A copy of this communication is attached as Exhibit 1.

9.  DeAngelo then emailed Mr. Sanchez information about International Performance Hub ("IPH") and requested a proposal for events promoting IPH in both Washington D.C. and New York City. A copy of this email is attached as Exhibit 2.

10. Mr. Sanchez recruited Ms. Ruby, an independent consultant with a strong reputation for public relations, event planning, and presidential campaign advance work, and

Ms. Sieving, a consultant familiar with the local landscapes and operators of the New York City and Washington D.C. event scenes, to collaborate on the event planning.

11. At or around 1:30 p.m. on March 10, 2018, the Event Team had a conference call with DeAngelo about the engagement.  The engagement was described as two evening events: one in Washington D.C. and the other in New York City.[1]  The timing was to coincide with the Saudi Crown Prince's visits to these cities, with the possibility of APCO's client securing his attendance for the events.  During this call, DeAngelo requested a proposal containing a general budget for the events.

12. Later that same day, the Event Team contacted several vendors and formulated an Initial Proposal, which was sent to DeAngelo at 8:30 p.m.  A copy of this Initial Proposal is attached as Exhibit 3.  The Initial Proposal stated the obligations of both APCO and the Event Team and stated that the fee for the Event Team was $120,000.  See Exh. 3.

13. At 8:35 p.m., DeAngelo confirmed receipt of the proposal; informing the Event Team that the digital components of the proposal would be handled by APCO, but that "[e]verything else looks right." A copy of this email is attached as Exhibit 4.

14. On Sunday, March 11, 2018, the Event Team began preliminary preparations to begin working once the Initial Proposal is approved.

15. On March 12, 2018, DeAngelo emailed the Event team to inform them that APCO's client "is finalizing things tonight and we're really hoping to get the green light as part of that." A copy of this email is attached as Exhibit 5.

---

[1] The Washington D.C. event was scheduled for March 22 while the New York event date had not yet been discussed.

16. On March 13, 2018, DeAngelo emailed the Event Team saying that the client has approved the concept. A copy of this email is attached as Exhibit 6. In this email, DeAngelo also stated that all emails going forward will be done through his APCO email address, so he could include colleagues in the discussions. See Exh. 6.

17. Four minutes later, DeAngelo emailed the Event Team from his APCO address to introduce them to Linda Barnhart, Senior Consultant for APCO. A copy of this email is attached as Exhibit 7. In the email, DeAngelo attached a copy of the Initial Proposal from the Event Team and states that APCO has "just gotten confirmation on next steps (though there are still some details that haven't been finalized) from the client." See Exh. 7. In this email, DeAngelo also requested a conference call, suggesting 3:00 p.m. *Id.*

18. At or around 3:00 p.m. on March 13, 2018, a conference call took place between the Event Team and APCO representatives made up of DeAngelo, Barnhart, APCO Senior Consultant Eleanor Arlook, and APCO Producer Alyse Feldman. During this call, the APCO representatives instructed the Event Team to begin planning the events.

## Event Team Approved to Begin Planning DC Event

19. Following the conference all, the Event Team started planning for the Washington D.C. event ("D.C. Event") and the New York event. Ms. Ruby began discussions with restaurant owner Maria Trabochhi while Mr. Sanchez talked with Angie Featherston of Drink Company to discuss possible venues.

20. On March 14, 2018, Barnhart emailed Ms. Sieving stating that APCO has received "written client approval to proceed" and that she was "[e]xcited to move forward on this!" A copy of this email is attached as Exhibit 8.

21. Later that day, the event Team, Barnhart, Arlook, and Feldman took part in a conference call to discuss two venue options. Barnhart then followed up the call with an email at 5:09 p.m. asking for more information on the venues and stating that APCO was "pretty close to a decision" on choosing a venue. A copy of this email is attached as Exhibit 9.

22. At 6:38 p.m., Barnhart emailed the Event Team selecting Washington restaurant Fiola as the venue. A copy of this email is attached as Exhibit 10. In this email, Barnhart acknowledges that extra costs would be incurred should the clients request food service. See Exh. 10. Barnhart concludes the email telling the Event Team: "Let us know what else you need from us to proceed!" *Id.*

23. Following the confirmation and acceptance by APCO, the Event Team began coordinating the event planning with representatives from Fiola and started reaching out to their industry contacts for distributing invitations and promoting the event.

24. On March 15, 2018, the event Team and APCO representatives exchanged several emails regarding details of the event. Copies of these emails are attached as Exhibit 11.

<u>APCO Requests Second Event Added Event Team's Proposal</u>

25. On March 15, 2018, at 7:23 a.m., Barnhart reached out to the Event Team asking if they could also coordinate an additional event in New York City for Monday, March 26, 2018. A copy of this email is attached as Exhibit 12. In this email Barnhart stated

that the client would "like to get that set up and locked in quickly, even as soon as today (!)." See Exh. 12.

26. After meeting about the details, the event Team replied to Barnhart agreeing to APCO's request of planning a second event. A copy of this email is attached as Exhibit 13. In their reply, the Event Team informed Barnhart that they would be able to organize the second event but would need an additional twenty-thousand dollars in funds for the NYC event budget compared to the initial proposal. See Exh. 13. The Event Team also informed Barnhart that "due to the change of timeline from [the] initial proposal, our fee for producing both events will be $200K, exclusive of travel and expenses." *Id.*

27. At 11:37 a.m., Barnhart replied back to the event team saying: "We can greenlight the additional fees[.] We have the event in front of the client for written approval, but let's keep moving forward as much [as] we can as we know they're excited!" A copy of this email is attached as Exhibit 14.

28. With this approval given by APCO, the Event Team began planning for the New York event while simultaneously continuing to organize and promote the original Washington D.C. event.

29. On March 16, 2018, Ms. Sieving and Ms. Ruby traveled to Washington D.C. and met with representatives from Fiola to begin planning the details for the DC event.

30. The Event Team sent out the venue contract with Fiola to APCO. A copy of the email and contract is attached as Exhibit 15. Arlook responded to this email promising to get the deposit for Fiola processed that morning and requesting a detailed schedule of all other upcoming payments to "help make sure [APCO's] accounts payable team is prepared and ready." A copy of this email is attached as Exhibit 16. At 1:23 p.m.,

Arlook contacted Fiola and asked that the contract be changed to name APCO as the contracting party and not the Event Team, with which Fiola complies. A copy of these emails and amended contracts is attached as Exhibit 17.

### APCO Cancels New York Event

31. At 7:29 p.m., following a call with Arlook regarding payment structures for both the Washington event and New York event as well as to the Event Team, Ms. Sieving emailed Arlook with an updated cost breakout for the events. A copy of this email and update is attached as Exhibit 18.

32. At 11:33 p.m., Jennifer Meyer, representative for Fiola, emailed Ms. Ruby informing the Event Team that Fiola had made final commitments with all vendors and that the technology, floral, and printing companies had confirmed the orders for supplying the D.C. Event. Attached to this email was an updated invoice from Fiola for the D.C. Event. A copy of this email and invoice is attached as Exh. 19.

33. On March 17, 2018, Arlook requested updates from the Event Team that reflected the costs of the individual events which the Event Team provided.  Copies of these emails and updates are attached as Exhibit 20. The updates restated the obligations of both APCO and the Event Team and stated that the fees for the Event Team were $120,000 for the D.C. Event and $80,000 for the New York event. See Exh. 20.

34. On March 19, 2018, the Event Team traveled to New York to tour potential venue sites and organize vendors.

35. At 10:06 a.m. that day, Arlook emailed the Event Team expressing concerns about the lack of communication from APCO's client. A copy of this email is attached as Exhibit 21. In this email, Arlook said that APCO would deal directly with Fiola if a

cancelation occurred and asked the Event Team about APCO's other obligations and what the consequences would be for canceling the D.C. Event. See Exh. 21. Arlook and Ms. Sieving then talked on the phone and discussed both the costs already incurred by Fiola and the costs incurred by the Event Team, including travel and expenses.

36. At 11:51 a.m., Arlook emailed representatives of Fiola, requesting a phone call to make significant changes to the event planning. A copy of this email is attached as Exhibit 22. Arlook did not copy the Event Team on this email. See Exh. 22.

37. At 2:45 p.m., Barnhart emailed the Event Team and cancelled all plans for the NY event, stating: "[m]any apologies for the change in direction, but we will need to cease all activities on this for now." A copy of this email is attached as Exhibit 23.

38. At 3:48 p.m., The Event team responded to Barnhart's email, confirming the NY event cancelation and reiterated their commitment to continuing to work on the D.C. Event. A copy of this email is attached as Exhibit 24.

<u>APCO Cancels D.C. Event</u>

39. At 6:22 p.m., in response to several calls from Fiola regarding APCO's change request, the Event Team emailed Arlook to determine what had happened.  At 6:46, Arlook replied: "We haven't talked to [Fiola] yet because we unfortunately haven't gotten a straight answer from the client on whether they want to move forward or not." At 7:50 p.m., the Ms. Sieving emailed Barnhart and Arlook and informed them that the Event Team, as part of their planning responsibilities, had already sent out 841 invitations and received over 50 RSVPs for the D.C. event. A copy of these emails is attached as Exhibit 25.

40. On March 20, 2018, Mr. Sanchez and Ms. Sieving left New York by train to Washington D.C. to coordinate the final preparations for the March 22 D.C. Event. Once there, they joined Ms. Ruby, who had left New York by automobile the day before to go home to Pennsylvania before driving down to Washington D.C.

41. At 10:54 a.m., Arlook emailed Fiola to share APCO's client's concerns about the weather affecting attendance of the DC event and to confirm the expenses "[b]ased on the proposal we have from the planners." A copy of this email is attached as Exhibit 26. At 11:33, Meyer replied to Arlook informing her that with the D.C. Event only two days away, all vendor purchase and other commitments were fixed in place and attached a line item budget of the event. A copy of this email and the budget is attached as Exhibit 27. The budget included $15,000 itemized expense for the artist which was not on the budget provided to the Event Team. Cf Exh. 19, 27. In this email, Meyer also states that Fiola itself had undertaken the arrangements for the artist appearance. See Exh. 27.

42. At 12:21 p.m., Barnhart emailed Ms. Sieving and ordered the Event Team to cease all activity on the D.C. Event, with the exception of collecting and forwarding RSVPs. A copy of this email is attached as Exhibit 28. In this email, Barnhart also stated that the Saudi Crown Prince would not be in attendance. See Exh. 28.

<u>APCO Refuses to Acknowledge Agreement and Fails to Compensate Event Team</u>

43. At 7:44 p.m., Liam Leduc Clarke, APCO's Senior Director of Strategic Consulting, emailed Ms. Sieving repeating the order to the Event Team to cease all work, stating: "[n]either APCO nor our client has authorized or agreed to the services relating to the event on Thursday evening in DC." A copy of this email is attached as Exhibit 29.

44. On March 21, 2018, one day before the D.C. Event was scheduled to occur, Leduc Clarke, despite his earlier instruction to cease all activity for the DC event, emailed Ms. Sieving to inform her that the D.C. Event was canceled and ordering the Event Team to "please take all necessary steps in light of this." A copy of this email is attached as Exhibit 30.

45. On March 21, 2018, the Event Team emailed APCO an invoice for their event planning services and expenses.  A copy of this email is attached as Exhibit 31.

46. That morning, Mr. Sanchez communicated to DeAngelo via text informing him of the difficulties that APCO had created and expressed his desire that the invoice payment would progress smoothly. DeAngelo replied: "I still think you guys were perfect for this if the client actually cooperated and if our team was sharper." A copy of this communication is attached as Exhibit 32.

47. Shortly thereafter, Leduc Clarke rejected the invoice stating: "we do not have a contract for these services, APCO never approved these expenditures, and we have no approval from our client to incur such costs." A copy of this email is attached as Exhibit 33.

48. On March 22, 2018, shortly after the DC event was scheduled to begin, Leduc Clarke asked the Event Team for a list of the RSVPs so that APCO could send cancellation notices, despite having received a copy of the invitation list and RSVPs from Mr. Sanchez two days prior.

49. Between March 22, 2018 and March 23, 2018, the Event Team checked out of their hotel and traveled back to their respective homes.

50. To date, the Event Team has not been paid for the services.

## COUNT I
## Breach of Contract

51. Plaintiffs reallege and incorporate herein the allegation in Paragraphs 1–50, inclusive.

52. The emails and proposals submitted by Plaintiffs represented an offer to perform event planning services in multiple locations for Defendant in exchange for suitable compensation and represented the essential terms of the contract.

53. Defendant, through its agents' affirmative actions, assurances of compensation, and overall conduct, approved the proposals and allowed Plaintiffs to perform event planning services.

54. Both parties, through its agents' affirmative actions, assurances of compensation, and overall conduct, intended to be bound by their agreement.

55. The agreement between Plaintiffs and Defendant constitutes a valid binding contract between the parties.

56. Leading up to the last-minute cancelation by Defendant, Plaintiffs had substantially and in good faith performed on their obligations under the contract.

57. In refusing to compensate Plaintiffs in accordance with the contract, Defendant has materially breached the contract.

58. As a direct and proximate result of Defendant's breach, Plaintiffs have suffered damages. These damages include $211,091.86 representing their approved fees and expenses incurred from travel and lodging during their performance of the contract.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray for judgment against Defendant as follows:

1. Awarding Plaintiff compensatory damages of at least two-hundred and eleven thousand ninety-one dollars and eighty-six cents ($211,091.86), or such damages as may be proven at trial, pre-judgment and post-judgment interest, and any and all other relief that justice and equity require.

## JURY DEMAND

Plaintiffs hereby demand a trial by jury on all claims for which there is right to jury trial.

Respectfully Submitted,

ERICK SANCHEZ
STEPHANIE RUBY
CARSON SIEVING

By _____

J. Chapman Petersen (D.C. Bar No. 448740)
Chap Petersen & Associates, PLC
3970 Chain Bridge Road
Fairfax, VA 22030
571.459.2512
571.459.2307
jcp@petersenfirm.com

3:54 +

◀ Facebook

**‹ Home (1)**     Anthony DeAngelo ›
                        Messenger          📞  📹



# Anthony DeAngelo

**You're friends on Facebook**

Media Relations Manager at APCO
Worldwide

Lives in Washington, District of
Columbia

MAR 9, 5:21 PM

Hey - wanted to see if you
had a chance to chat later
<u>today</u> or <u>tomorrow</u>. Have a
project that could be perfect
for you. Very tight turn
around, but could be a blast.
Let me know.

MAR 9, 5:56 PM

The answer is yes. Can I call you
in a half hour?

 Perfect - <u>202-702-7510</u>



MAR 10, 10:43 AM

Hey Anthony- I'd like to bring in
another consultant I work with to

     Aa    

EXHIBIT

1

tabbies'

## David A. Hutchison

| | |
|---|---|
| **From:** | Erick M. Sanchez <emsanchez1@gmail.com> |
| **Sent:** | Wednesday, May 23, 2018 10:57 AM |
| **To:** | David A. Hutchison |
| **Subject:** | Fwd: Anthony meet Stephanie |

This I believe would be exhibit 2

---------- Forwarded message ---------
From: Anthony DeAngelo <anthonypdeangelo@gmail.com>
Date: Sat, Mar 10, 2018 at 12:11 PM
Subject: Re: Anthony meet Stephanie
To: Erick Sanchez <emsanchez1@gmail.com>
CC: <Carson.sieving@gmail.com>, Stephanie Ruby <stephanieruby@gmail.com>


Look forward to it

On Sat, Mar 10, 2018 at 1:11 PM Erick Sanchez <emsanchez1@gmail.com> wrote:
Fantastic! Can we all hop on a call at 1:30PM EST?

Anthony- If you wouldn't mind running Stephanie and Carson (our NY collaborator) through the vision for the pop-ups?

Stephanie/Carson- I know we have some concept questions to run through and creative suggestions so let's brainstorm!

Let's use my conference line: 202-796-9868

Talk to you all here in roughly 20 minutes!

Best,
Erick

PS- Stephanie has a great creative space in mind for DC. Here it is: https://thebrandexperience.com/verizon.html


On Mar 10, 2018, at 11:34 AM, Anthony DeAngelo <anthonypdeangelo@gmail.com> wrote:

Sorry for just jumping in. I'm free for the rest of the day. If you guys want to give me a call, my number is+12027027510

On Sat, Mar 10, 2018 at 12:06 PM Stephanie Ruby <stephanieruby@gmail.com> wrote:
Hello, Anthony!

Would you be able to jump on a call today sometime? We want to make sure we are making budget decisions smartly with the goals in mind.

I am around all day today and can jump on a call.



EXHIBIT
2

Thanks,
SR
On Sat, Mar 10, 2018 at 11:47 AM Erick M. Sanchez <emsanchez1@gmail.com> wrote:
Good Morning Anthony-

I wanted to start a chain with my friend and fellow comms consulting guru Stephanie Ruby. Stephanie and I have been working on a few projects together, and I think she would be a great collaborative partner on this project.

She has some great thoughts in terms of spaces for the DC/NY pop-ups and would also be readily available to be on the ground in DC and NY for both events. We'll be working today to pull numbers together and determine availability for creative spaces in both cities.

Stephanie- Would you run Anthony through some of the questions you had in terms of concept?

Best,
Erick Sanchez
202-769-7773 (cell)
--
Anthony DeAngelo
Cell: (202) 702-7510

--
Anthony DeAngelo
Cell: (202) 702-7510

### Team
Erick Sanchez, (202) 769-7773, emsanchez1@gmail.com
Stephanie Ruby, (484) 753-2513, stephanieruby@gmail.com
Carson Sieving, (404) 808-2069, carson.sieving@gmail.com

# International Performance Hub
## March 2018

### Overview

We (Erick M. Sanchez, Stephanie Ruby, & Carson Sieving) will work with APCO to produce DC (week of 3/19) and NYC (week of 3/26) events to elevate and amplify the International Performance Hub. Each event will inform and excite tech influencers in each city about opportunities and advantages of the International Performance Hub.

### Goals

1. Promote IPH among tech influencers in DC and NYC
2. Create an informative and buzzworthy party
3. Raise local awareness for IPH in the event cities

### Event Planning & Coordination

We will work with the APCO and IPH teams in order to ensure that brand messaging and execution run in-line with relevant program rollouts. Below, we'll outline the concepts and costs for both the DC and NYC events

Event Planning and Coordination will include the work of the three principals listed above in planning and executing the two events.  This fee covers their time, travel and expenses related to the projects.  APCO shall pay the principals $120,000 for these services and expenses. All third party expenses will be charged through to the client, at cost.  Below is an estimated budget for each event, with a targeted attendance of 100 people at each event.

### Project Costs
Graphic Design: $3,000
Invitation Management: $2,000
Research: $2,500
Miscl.: $2,500

**TOTAL: $10,000**


EXHIBIT
3

## Event Specifics

### Washington, DC (~$248,500)

Our DC event will focus on influencers in the tech and start-up fields at a location in the recently developed DC Waterfront. Our first choice location is right on the Potomac River, is filled with beautiful, trendy spaces and on a (hopefully) warm March evening, would be ideal for a rooftop party.

Del Mar Restaurant: Led by Michelin star chef Fabio Trabocchi, Del Mar offers traditional Spanish dishes inspired by his wife's heritage. Del Mar is part of the Trabocchi's DC restaurant group and features gorgeous high-end mocktails, lovely pastry, and coffee. We propose renting out the rooftop and some of the private dining space for the late afternoon/evening (3pm - 8pm). We envision having the product demonstrations on the first floor, ensuring guests interact with the demonstrations before moving up to the rooftop.

Estimated Budget:
Venue Fee: $50,000
Food & Mocktails: $200 per person x 100= $20,0000
Bartenders & Servers for Mocktails: $500 x 6= $2,000
AV Fee: $5,000
Valet Parking: $1,500
Entertainment: $100,000 (for celebrity performer)
Flowers, Decor & Signage: $10,000
Guest Souvenirs: $5,000
Photography: $5,000
Tax, Gratuities and Miscl.: $50,000
**Total: $248,500**

### New York City (~$272,000)

Our NYC event will focus on influencers in the tech and start-up fields at a location in Silicon Alley, the neighborhood most associated with companies in the target sectors. We plan to use a venue that already has a reputation for "cool" and food provided by a bold-faced name to further gardner interest. Additionally, the food and beverage providers at our top choices are known for their commitment to fresh and local ingredients.

Top Venue Choices

ABC Cocina: Led by Michelin star chef Jean-Georges Vongerichten, this restaurant offers a locally focused and globally artistic menu. We propose buying out the space for the late afternoon/event (3pm - 8pm). With large windows and exposed brick ABC Cocina embodies the

start-up spirit of the neighborhood, while providing attentive service and inventive cuisine.  ABC Cocina's neighboring sister restaurant, abcV has a progressive menu of non-alcoholic tonics, organic cold pressed juices and house made sodas.  The space is large and has little in the way of internal walls, enabling us to arrange the space to accommodate product demonstrations and socializing areas.

Gramercy Park Hotel: Overlooking the only private park in Manhattan, the Gramercy Park Hotel is filled with Julian Schnabel's stunning, hand-crafted furnishings and rare, imported items from far-away markets. We propose using the Park Room, where floor-to-ceiling windows blur the boundaries between inside and outside and bring nature into the space.  The venue holds 120 people for a reception and includes state-of-the-art projectors and a 50-inch Plasma Television. We can sue the board room for product demonstrations and the adjacent Park Room for socializing.  Catering is provided by Union Square Hospitality, known for its commitment to local ingredients and hospitality first.

Estimated Budget:
Venue Fee: $60,000
Food: $250 per person x 100= $25,0000
Mocktails: $50 per person x 100 = $5,000
Bartenders and Servers: $400 x 5= $2,000
AV Fee: $5,000
Entertainment: $100,000 (for celebrity performer)
Flowers & Signage: $15,000
Guest Souvenirs: $5,000
Photography: $5,000
Tax, Gratuities and Miscl.: $50,000
**Total: $272,000**

## Digital Promotion

In order to build awareness around the events and IPH, we may consider targeted online ads in the host cities focused at tech influencers and other relevant stakeholders. If footage exists from the Davos/London events, we could consider a short video of highlights ahead of the DC/NYC events targeted at said influencers on Facebook.
Facebook Ad Budget: $5,000
Graphic Design and Video Editing: $5,000
**Total: $10,000**

## Earned Promotion

Ahead of both the DC and NYC events, we should consider strategic placement in relevant outlets to promote the event.

4

Advisories will be sent out to targeted press lists in both DC and NYC ahead of each event.

## Budget Summary

Event Planning Fee: $120,000

Project Costs: $10,000

Washington, DC Event: $248,500

New York City Event: $272,000

Digital Promotion: $10,000

**Total: $660,500**

 Gmail

**Carson S <carson.sieving@gmail.com>**

## IPH Proposal for APCO

**Anthony DeAngelo** <anthonypdeangelo@gmail.com>                          Sat, Mar 10, 2018 at 8:35 PM
To: "Erick M. Sanchez" <emsanchez1@gmail.com>
Cc: Carson.sieving@gmail.com, Stephanie Ruby <stephanieruby@gmail.com>

Thank you for the update.

Since our digital team is running all digital operations for the client, that line item will probably be significantly reduced or lowered.

Everything else looks right.

On Sat, Mar 10, 2018 at 8:30 PM Erick M. Sanchez <emsanchez1@gmail.com> wrote:
Anthony-

My apologies- we just updated our document with more accurate projections that came in. Please disregard the earlier copy.

Best,
Erick

On Sat, Mar 10, 2018 at 7:10 PM, Anthony DeAngelo <anthonypdeangelo@gmail.com> wrote:
Thank you. I've sent this to our team in KSA who will present it to the director in the morning. I'll hopefully have feedback in my inbox when we wake up tomorrow.

On Sat, Mar 10, 2018 at 8:04 PM Erick M. Sanchez <emsanchez1@gmail.com> wrote:
Anthony-

Attached, you will find our proposal for the DC/NYC events for IPH. Thanks to Stephanie and Carson, we were able to pull some realistic figures for what we think will be two very creative and attractive events for the client.

If approved, we'll be able to dig deeper in terms of tactics for awareness, specific press/influencer lists, and a metrics system to track our progress. Please let us know if you have any questions and we're excited to continue our conversation. Thank you, again, for this incredible consideration.

Best,
Erick Sanchez
202-769-7773 (cell)
--
Anthony DeAngelo
Cell: (202) 702-7510

[Quoted text hidden]

EXHIBIT
4

7

 Gmail                                     **Carson S <carson.sieving@gmail.com>**

## IPH Proposal for APCO

**Anthony DeAngelo** <anthonypdeangelo@gmail.com>            Mon, Mar 12, 2018 at 1:08 PM
To: "Erick M. Sanchez" <emsanchez1@gmail.com>
Cc: Carson.sieving@gmail.com, Stephanie Ruby <stephanieruby@gmail.com>

All,

Sorry for the silence on my end. The client is finalizing things tonight and we're really hoping to get the green light as part of that.

Will be in touch soon hopefully.
[Quoted text hidden]



EXHIBIT

5

## IPH Proposal for APCO

**Anthony DeAngelo** <anthonypdeangelo@gmail.com>                    Tue, Mar 13, 2018 at 12:46 PM
To: "Erick M. Sanchez" <emsanchez1@gmail.com>
Cc: Carson.sieving@gmail.com, Stephanie Ruby <stephanieruby@gmail.com>

All -

The client has approved the concept. I'm going to start a new thread from my work email to loop you in with my colleagues who will talk to chat soon on how to move things forward.

[Quoted text hidden]



 **Gmail**

**Carson S <carson.sieving@gmail.com>**

## Connecting on Adaa Activations in DC

**DeAngelo, Anthony** <ADeangelo@apcoworldwide.com>                    Tue, Mar 13, 2018 at 12:50 PM
To: "Barnhart, Linda" <lbarnhart@apcoworldwide.com>, "emsanchez1@gmail.com" <emsanchez1@gmail.com>,
"Carson.sieving@gmail.com" <Carson.sieving@gmail.com>, "stephanieruby@gmail.com" <stephanieruby@gmail.com>

Erick, Carson and Stephanie,

I want to introduce you to my colleague, Linda, who helped run our activation at Davos and is leading our DC efforts next week. We've just gotten confirmation on next steps (though there are still some details that haven't been finalized) from the client.

Linda – feel free to loop anyone else on our team onto this email.

Is there a time in the coming hours when everyone would be free to join a call? I'm free at 3:00pm ET today. Please let me know if this works for everyone and we can pull a call together.

Look forward to making this happen.

Best,

Anthony

**Anthony DeAngelo**
Director

APCO Worldwide
1299 Pennsylvania Ave, N.W.
Suite 300
Washington, DC 20004

(t) +1 202 446 1269 (m) +1 202 702 7510

ADeangelo@apcoworldwide.com
@apcoworldwide

:::::: Public Affairs Agency of the Year. 2017 - *The Holmes Report* ::::::



📄 **APCO Project Proposal FINAL.pdf**
   42K



EXHIBIT
7
exhibit

13

 **Gmail**

**Carson S <carson.sieving@gmail.com>**

## Connecting on Adaa Activations in DC

**Barnhart, Linda <lbarnhart@apcoworldwide.com>**                    Wed, Mar 14, 2018 at 2:34 PM
To: "Miss Carson L. Sieving" <carson.sieving@gmail.com>
Cc: "Feldman, Alyse" <afeldman@apcoworldwide.com>, "DeAngelo, Anthony" <ADeangelo@apcoworldwide.com>,
"emsanchez1@gmail.com" <emsanchez1@gmail.com>, "stephanieruby@gmail.com" <stephanieruby@gmail.com>, "Arlook,
Eleanor" <earlook@apcoworldwide.com>

Hi Carson,

Great news! We have written client approval to proceed. Let us know on venue and specs for any design
elements, and Elle can get you the specs for our tech requirements.

Excited to move forward on this!

Thanks much,

Linda

**Linda Barnhart**
**APCO** Worldwide
(t) +1 202 778 1060 (m) +1 678 200 9299

**From:** Miss Carson L. Sieving [mailto:carson.sieving@gmail.com]
**Sent:** Wednesday, March 14, 2018 12:51 PM
**To:** Barnhart, Linda <lbarnhart@apcoworldwide.com>
**Cc:** Feldman, Alyse <afeldman@apcoworldwide.com>; DeAngelo, Anthony
<ADeangelo@apcoworldwide.com>; emsanchez1@gmail.com; stephanieruby@gmail.com; Arlook, Eleanor
<earlook@apcoworldwide.com>

[Quoted text hidden]

[Quoted text hidden]



EXHIBIT
8

4/8/2018                                    Gmail - Connecting on Adaa Activations in DC

 Gmail                                    **Carson S <carson.sieving@gmail.com>**

## Connecting on Adaa Activations in DC

**Barnhart, Linda** <lbarnhart@apcoworldwide.com>                    Wed, Mar 14, 2018 at 5:09 PM
To: Stephanie Ruby <stephanieruby@gmail.com>
Cc: "Miss Carson L. Sieving" <carson.sieving@gmail.com>, "Feldman, Alyse" <afeldman@apcoworldwide.com>, "DeAngelo,
Anthony" <ADeangelo@apcoworldwide.com>, Erick Sanchez <emsanchez1@gmail.com>, "Arlook, Eleanor"
<earlook@apcoworldwide.com>

>        Hi all,

>        We're pretty close to a decision! We just wanted to confirm that whatever venue we choose, is this a full
>        venue buyout for the pop-up hours or full day? Also if they want to use a private dining room for meetings,
>        will the restaurant still be open for business as usual?

>        Thanks,

>        Linda

>        **Linda Barnhart**
>        **APCO** Worldwide
>        (t) +1 202 778 1060 (m) +1 678 200 9299

>        **From:** Stephanie Ruby [mailto:stephanieruby@gmail.com]
>        **Sent:** Wednesday, March 14, 2018 3:30 PM
>        **To:** Barnhart, Linda <lbarnhart@apcoworldwide.com>
>        **Cc:** Miss Carson L. Sieving <carson.sieving@gmail.com>; Feldman, Alyse
>        <afeldman@apcoworldwide.com>; DeAngelo, Anthony <ADeangelo@apcoworldwide.com>; Erick Sanchez
>        <emsanchez1@gmail.com>; Arlook, Eleanor <earlook@apcoworldwide.com>

[Quoted text hidden]

[Quoted text hidden]

EXHIBIT
9

tabbies®

17

4/8/2018                                    Gmail - Connecting on Adaa Activations in DC

 Gmail                          Carson S <carson.sieving@gmail.com>

## Connecting on Adaa Activations in DC

**Barnhart, Linda** <lbarnhart@apcoworldwide.com>                Wed, Mar 14, 2018 at 6:38 PM
To: "Miss Carson L. Sieving" <carson.sieving@gmail.com>
Cc: Stephanie Ruby <stephanieruby@gmail.com>, "Feldman, Alyse" <afeldman@apcoworldwide.com>, "DeAngelo, Anthony"
<ADeangelo@apcoworldwide.com>, Erick Sanchez <emsanchez1@gmail.com>, "Arlook, Eleanor"
<earlook@apcoworldwide.com>

Hi Carson,

That sounds great, thanks! Based on that, we'd like to proceed with Fiola for the venue. We'll need to
confirm with our client if food service is needed for the private meeting room, but can get you that
information tomorrow, acknowledging there would be additional cost to them.

Let us know what else you need from us to proceed!

Thanks again,

Linda

**Linda Barnhart**
**APCO** Worldwide
(t) +1 202 778 1060 (m) +1 678 200 9299

**From:** Miss Carson L. Sieving [mailto:carson.sieving@gmail.com]
**Sent:** Wednesday, March 14, 2018 5:17 PM
**To:** Barnhart, Linda <lbarnhart@apcoworldwide.com>
**Cc:** Stephanie Ruby <stephanieruby@gmail.com>; Feldman, Alyse <afeldman@apcoworldwide.com>;
DeAngelo, Anthony <ADeangelo@apcoworldwide.com>; Erick Sanchez <emsanchez1@gmail.com>;
Arlook, Eleanor <earlook@apcoworldwide.com>

[Quoted text hidden]

[Quoted text hidden]


EXHIBIT
10



**Stephanie Ruby** <stephanieruby@gmail.com>                                                          Thu, Mar 15, 2018 at 12:10 PM
To: "Barnhart, Linda" <lbarnhart@apcoworldwide.com>
Cc: "Miss Carson L. Sieving" <carson.sieving@gmail.com>, "Feldman, Alyse" <afeldman@apcoworldwide.com>, "DeAngelo, Anthony" <ADeangelo@apcoworldwide.com>,
Erick Sanchez <emsanchez1@gmail.com>, "Arlook, Eleanor" <earlook@apcoworldwide.com>

Hello, Team!

As we move ahead with the DC planning, there are few questions that we would like to you to help us answer. Those questions are below. Additionally, find the final draft of the digital invite attached. You'll notice that we need a higher res version of the logo with the grey background if possible. Is there a dropbox of branded stuff we can use? Let us know your thoughts and we will get it sent out to our key people today by COB.

Question Time:

- What time would the delegation need access to the private room? Right now, we have it at 11 am but Fiola is willing to work with your needs.
- What kind of food service would you like for the private space? We have beverage approved. Fiola can offer a sit down multi course menu for a meeting or a spread that would allow for the delegation to stop in, work, and nibble at their leisure. Please, note, this was not included in our initial budget, so we would be looking to you all for approval on that number depending on your needs.
- We have Valet at Fiola approved for the event but not for the day time private room. Would you need Valet or would we be relying on the chauffeurs for the delegation?
- Current plan for the private room is to have seating on one side of the room for 20 at a long table and on the other side, a set up of two couches with coffee table. Let us know if this works, we could also do all tables or all couches, we just would need to know ASAP.
- Fiola would like to hire additional security for the party. They are pricing that out now and I will have number for you asap. Is this something you all want? Or should I eliminate line item?
- Fiola has offered to clear the bar of all alcohol bottles should that be necessary. Do you want that to happen? Let me know so we can alert the team at Fiola.
- We are having branded napkins and coasters printed. For the coasters, we were considering having one side be branded with the IHP logos and the other side with a fact from the IHP or about the 12 pillars or even a fact about KSA or USA, depending on your preference. Would your team be able to send something like that to us so we can print them?
- Fiola has suggested a Step & Repeat with a "Red" Carpet, Yes or No? If yes, only IHP branding? Or Fiola & IHP? Please, advise.
- Give aways will be custom pastry with branded tags, floral component, and ribbon. Would having the IHP logos on one side and the Fiola branding on the other be acceptable? Please advise.
- We have Fiola looking into renting two large touch screens and 50 iPads. Is that enough? Please advise.

We had a very productive call with the team at Fiola this morning, we have some really exciting stuff planned. We can't wait to share it with you.

As always, we are here for any and all questions you may have. We are all available to jump on a call or you can just email us these answers as you have them.

We are thrilled with the direction these parties are headed!

Thank you,
Stephanie



EXHIBIT
tabbies

11



From: Barnhart, Linda
Sent: Thursday, March 15, 2018 6:27:43 PM
To: Stephanie Ruby
Cc: Miss Carson L. Sieving; Feldman, Alyse; DeAngelo, Anthony; Erick Sanchez; Arlook, Eleanor

Subject: RE: Connecting on Adaa Activations in DC

Hi Stephanie,

Sorry for the delay! Busy day getting things back and forth with the client. I can answer some of the questions below, with one or two pending client feedback tomorrow!

- What time would the delegation need access to the private room? Right now, we have it at 11 am but Fiola is willing to work with your needs. – 11 a.m. should be fine, but will confirm tomorrow!
- What kind of food service would you like for the private space? We have beverage approved. Fiola can offer a sit down multi course menu for a meeting or a spread that would allow for the delegation to stop in, work, and nibble at their leisure. Please, note, this was not included in our initial budget, so we would be looking to you all for approval on that number depending on your needs. – Could we get a quote for a small spread to have on hand?
- We have Valet at Fiola approved for the event but not for the day time private room. Would you need Valet or would we be relying on the chauffeurs for the delegation? – No valet needed for the daytime
- Current plan for the private room is to have seating on one side of the room for 20 at a long table and on the other side, a set up of two couches with coffee table. Let us know if this works, we could also do at tables or all couches, we just would need to know ASAP. – This set up should be fine, but we'll confirm
- Fiola would like to hire additional security for the party. They are pricing that out now and I will have number for you asap. Is this something you all want? Or should I eliminate line item? – We'll ask, I don't think it will be necessary but I'll get that cleared first before giving you a final answer
- Fiola has offered to clear the bar of all alcohol bottles should that be necessary. Do you want that to happen? Let me know so we can alert the team at Fiola. – Yes, if possible, especially if photos are to be taken then this would be great if they can accommodate.
- We are having branded napkins and coasters printed. For the coasters, we were considering having one side be branded with thellHP logos and the other side with a fact from the IHP or about the 12 pillars or even a fact about KSA or USA, depending on your preference. Would your team be able to send something like that to us so we can print them? – Alyse has answered
- Fiola has suggested a Step & Repeat with a "Red" Carpet, Yes or No? If yes, only IHP branding? Or Fiola & IHP? Please, advise. – I believe Alyse has answered, but if not I think just IPH branding. Also, this may not be possible, but could the "red" carpet be green/blue/black?
- Give aways will be custom pastry with branded tags, floral component, and ribbon. Would having the IHP logos on one side and the Fiola branding on the other be acceptable? Please advise. – This will be fine, thanks!
- We have Fiola looking into renting two large touch screens and 50 iPads. Is that enough? Please advise.

  - iPads will need to be outfitted with google chrome to work properly. Ideally we would prefer stations with iMacs but they were ok with iPads in London if this cannot be accommodated.
  - Two touch screens are just fine, would need to come equipped with chrome as the browser – are these moveable? (i.e. can one be in the private room during the day then moved to the event area?)

Let us know if you have any other questions! We have hit a snag on New York as they've decided they want to do something a bit different there and have asked us about a hackathon. At this stage we're not sure how this would look, but they are looking to identify start-up audiences to target for such a concept. Could we pick your brains on some ideas for that?

We're still waiting on word for San Francisco, but as this is their "big bang" event to end their trip, we think it's likely they'll want to do something there. Sorry for the changes and we appreciate your help, patience, and guidance!

Best,

Linda

**Linda Barnhart**
APCO **Worldwide**
(6) +1 202 778 1000 (m) +1 678 200 9299

From: Stephanie Ruby [mailto:stephaineruby@gmail.com]
Sent: Thursday, March 15, 2018 4:24 PM
To: Barnhart, Linda <lbarnhart@apcoworldwide.com>
Cc: Miss Carson L. Sieving <carson.sieving@gmail.com>; Feldman, Alyse <afeldman@apcoworldwide.com>; DeAngelo, Anthony <ADeangelo@apcoworldwide.com>; Erick Sanchez <emsanchez21@gmail.com>; Arlook, Eleanor <earlook@apcoworldwide.com>
Subject: Re: Connecting on Adaa Activations in DC

Hello, Team,

Just following up on this email and seeing if we could get eps files of the logos to move along our printing quotes on paper products. I would appreciate if we could get those by COB today if possible.

Thank you,

SR

**********************************
Stephanie Ruby
(484) 753-2513 Mobile
stephanieruby@gmail.com

Twitter | Instagram | Facebook | LinkedIn

www.thehungrymother.com
www.liveinpodcast.com
www.vanityatdesign.com

**Connecting on Adaa Activations in DC**

**Stephanie Ruby** <stephanieruby@gmail.com>                                     Thu. Mar 15. 2018 at 5:26 PM
To: "Feldman. Alyse" <afeldman@apcoworldwide.com>
Cc: "Barnhart. Linda" <lbarnhart@apcoworldwide.com>, "Miss Carson L. Sieving" <carson.sieving@gmail.com>, "DeAngelo, Anthony"
<ADeangelo@apcoworldwide.com>, Erick Sanchez <emsanchez1@gmail.com>, "Arlook. Eleanor" <earlook@apcoworldwide.com>

I got the English logo to work. Thank you. Let me know if you want to add the arabic one. if not. no worries. And, let me know if you have answers to the list of
questions that I sent this morning for Fiola in DC!

Thank you all so much!

**********************************
Stephanie Ruby
(484) 753-2513 Mobile
stephanieruby@gmail.com

Twitter | Instagram | Facebook | LinkedIn

www.thehungrymother.com
www.swirlpodcast.com
www.verifiedstrategy.com

On Mar 15, 2018 at 5:22 PM, Feldman. Alyse <afeldman@apcoworldwide.com> wrote

Here's the English in case you're still not receiving it https://apco.box.com/s/bq94gayvw72mendg9a2utbwv61rfp44

Do you have confirmation we want both English and Arabic?

**Alyse Feldman**
**producer**

**APCO Worldwide**
**1299 Pennsylvania Ave. NW**
**Suite 300**
**Washington, D.C. 20004**
(m) +1.202.368.5903
afeldman@apcoworldwide.com

Cc: "Barnhart, Linda" <lbarnhart@apcoworldwide.com>, "Miss Carson L. Sieving" <carson.sieving@gmail.com>, "DeAngelo,
Anthony" <ADeangelo@apcoworldwide.com>, Erick Sanchez <emsanchez1@gmail.com>, "Arlook, Eleanor"
<earlook@apcoworldwide.com>
**Subject:** Re: Connecting on Adaa Activations in DC

For some reason, it is not coming through. Can you try to send both the English and Arabic logos in eps?

Thank you,
SR

****************************
Stephanie Ruby
(484) 753-2513 Mobile
stephanieruby@gmail.com

Twitter | Instagram | Facebook | LinkedIn

www.thehungrymother.com
www.swirlpodcast.com
www.verifiedstrategy.com

From: Alyse Feldman <afeldman@apcoworldwide.com>
Date: Thursday, March 15, 2018 at 5:13 PM
To: Stephanie Ruby <stephanieruby@gmail.com>
Cc: "Barnhart, Linda" <lbarnhart@apcoworldwide.com>, "Miss Carson L. Sieving" <carson.sieving@gmail.com>, "DeAngelo, Anthony" <ADeangelo@apcoworldwide.com>, Erick Sanchez <emsanchez1@gmail.com>, "Arlook, Eleanor" <earlook@apcoworldwide.com>
Subject: Re: Connecting on Adaa Activations in DC

I sent the English in eps. Linda and Ellie, did we confirm they want the Arabic?


Alyse Feldman
producer

APCO Worldwide
1299 Pennsylvania Ave, NW
Suite 300
Washington, D.C. 20004
(m) +1.202.368.5903
afeldman@apcoworldwide.com

From: Stephanie Ruby <stephanieruby@gmail.com>
Date: Thursday, March 15, 2018 at 5:12 PM
To: Alyse Feldman <afeldman@apcoworldwide.com>


> On Mar 15, 2018, at 4:56 PM, Feldman, Alyse <afeldman@apcoworldwide.com> wrote
>
> Hi Stephanie,
>
> Here you go. Please let me know if you need anything else.
>
> Thanks!
> Alyse
>
>
> Alyse Feldman
> producer
>
> APCO Worldwide
> 1299 Pennsylvania Ave, NW
> Suite 300
> Washington, D.C. 20004
> (m) +1.202.368.5903
> afeldman@apcoworldwide.com
>
> From: Stephanie Ruby <stephanieruby@gmail.com>
> Date: Thursday, March 15, 2018 at 4:24 PM
> To: "Barnhart, Linda" <lbarnhart@apcoworldwide.com>
> Cc: "Miss Carson L. Sieving" <carson.sieving@gmail.com>, Alyse Feldman <afeldman@apcoworldwide.com>, "DeAngelo, Anthony" <ADeangelo@apcoworldwide.com>, Erick Sanchez <emsanchez1@gmail.com>, "Arlook, Eleanor" <earlook@apcoworldwide.com>
> Subject: Re: Connecting on Adaa Activations in DC
>
> Hello, Team,
>
> Just following up on this email and seeing if we could get eps files of the logos to move along our printing quotes on paper products. I would appreciate if we could get those by COB today if possible.
>
> Thank you,
> SR
>
> *****************************
> Stephanie Ruby
> (484) 753-2513 Mobile
> stephanieruby@gmail.com

On Mar 15, 2018, at 12:10 PM, Stephanie Ruby <stephanieruby@gmail.com> wrote:

Hello, Team!

As we move ahead with the DC planning, there are few questions that we would like you to help us answer. Those questions are below. Additionally, find the final draft of the digital invite attached. You'll notice that we need a higher res version of the logo with the grey background if possible. Is there a dropbox of branded stuff we can use? Let us know your thoughts and we will get it sent out to our key people today by COB.

Question Time:
- What time would the delegation need access to the private room? Right now, we have it at 11 am but Fiola is willing to work with your needs.
- What kind of food service would you like for the private space? We have beverage approved. Fiola can offer a sit down multi course menu for a meeting or a spread that would allow for the delegation to stop in, work, and nibble at their leisure. Please, note, this was not included in our initial budget, so we would be looking to you all for approval on that number depending on your needs.
- We have Valet at Fiola approved for the event but not for the day time private room. Would you need Valet or would we be relying on the chauffeurs for the delegation?
- Current plan for the private room is to have seating on one side of the room for 20 at a long table and on the other side, a set up of two couches with coffee table. Let us know if this works, we could also do all tables or all couches, we just would need to know ASAP.
- Fiola would like to hire additional security for the party. They are pricing that out now and I will have number for you asap. Is this something you all want? Or should I eliminate line item?
- Fiola has offered to clear the bar of all alcohol bottles should that be necessary. Do you want that to happen? Let me know so we can alert the team at Fiola.
- We are having branded napkins and coasters printed. For the coasters, we were considering having one side be branded with the IHP logos and the other side with a fact from the IHP or about the 12 pillars or even a fact about KSA or USA, depending on your preference. Would your team be able to send something like that to us so we can print them?
- Fiola has suggested a Step & Repeat with a "Red" Carpet. Yes or No? If yes, only IHP branding? Or Fiola & IHP? Please, advise.
- Give aways will be custom pastry with branded tags, floral component, and ribbon. Would having the IHP logos on one side and the Fiola branding on the other be acceptable? Please advise.
- We have Fiola looking into renting two large touch screens and 50 iPads. Is that enough? Please advise.

We had a very productive call with the team at Fiola this morning, we have some really exciting stuff planned. We can't wait to share it with you.

As always, we are here for any and all questions you may have. We are all available to jump on a call or you can just email us these answers as you have them.

We are thrilled with the direction these parties are headed!

Thank you,
Stephanie
<AdaaAPCO.pdf>

•••••••••••••••••••••••••••••••
Stephanie Ruby
(484) 753-2513 Mobile
stephanieruby@gmail.com

Twitter | Instagram | Facebook | Linkedin

**Barnhart, Linda** <lbarnhart@apcoworldwide.com>

Thu, Mar 15, 2018 at 7:23 AM

To: Carson S <carson.sieving@gmail.com>
Cc: Stephanie Ruby <stephanieruby@gmail.com>, "Feldman, Alyse" <afeldman@apcoworldwide.com>, "DeAngelo, Anthony"
<ADeangelo@apcoworldwide.com>, Erick Sanchez <emsanchez1@gmail.com>, "Arlook, Eleanor" <earlook@apcoworldwide.com>

Hi Carson,

If you guys are excited about D.C., can we also get excited about New York? We've been asked today if it's still possible to do a pop-up in
New York, looking at the same afternoon/evening time block but for Monday March 26. Ideally (on both ends!) they'd like to get that set up
and locked in quickly, even as soon as today (!). Not sure what's possible to that end, but let us know.

Thanks,

Linda

**Linda Barnhart**
APCO Worldwide
(t) +1 202 778 1060 (m) +1 678 200 9299



EXHIBIT
12

**Miss Carson L. Sieving** <carson.sieving@gmail.com>                    Thu, Mar 15, 2018 at 11:22 AM
To: "Barnhart, Linda" <lbarnhart@apcoworldwide.com>
Cc: Stephanie Ruby <stephanieruby@gmail.com>, "Feldman, Alyse" <afeldman@apcoworldwide.com>, "DeAngelo, Anthony" <ADeangelo@apcoworldwide.com>, Erick Sanchez <emsanchez1@gmail.com>, "Arlook, Eleanor" <earlook@apcoworldwide.com>

Dear Linda -

We have conferred and reached out to some venues and are confident we can produce a second, equally magical event in NYC on Monday the 26th.  We should be able to have a NYC space finalized tomorrow.  In order to make this happen, we would ask for approval of an additional $20K for the NYC event budget - we don't know that it will be necessary but would like to be sure we can make everything run smoothly. Finally, due to the change of timeline from our initial proposal, our fee for producing both events will be $200K, exclusive of travel and expenses.

Please let me know if you have any questions or if we can get the green light to make NYC happen!  We are having so much fun working with you and appreciate the opportunity.

**Best,**
**Carson**

[Quoted text hidden]



EXHIBIT
13

33

**Barnhart, Linda** <lbarnhart@apcoworldwide.com>                    Thu, Mar 15, 2018 at 11:37 AM
To: "Miss Carson L. Sieving" <carson.sieving@gmail.com>
Cc: Stephanie Ruby <stephanieruby@gmail.com>, "Feldman, Alyse" <afeldman@apcoworldwide.com>, "DeAngelo, Anthony" <ADeangelo@apcoworldwide.com>, Erick Sanchez <emsanchez1@gmail.com>, "Arlook, Eleanor" <earlook@apcoworldwide.com>

Hi Carson,

We can greenlight the additional fees J We have the event in front of the client for written approval, but let's keep moving forward as much we can as we know they're excited!

We're also trying to identify their plans for San Francisco, but that could come up on the radar quickly as well (for first week of April). Just wanted to flag that and we'll get details for you guys ASAP.

Thanks!

Linda

**Linda Barnhart**
**APCO** Worldwide
(t) +1 202 778 1060 (m) +1 678 200 9299

**From:** Miss Carson L. Sieving [mailto:carson.sieving@gmail.com]
**Sent:** Thursday, March 15, 2018 11:22 AM

[Quoted text hidden]



**Stephanie Ruby** <stephanieruby@gmail.com>
To: "Barnhart, Linda" <lbarnhart@apcoworldwide.com>

Fri, Mar 16, 2018 at 8:52 AM

Cc: Erick Sanchez <emsanchez1@gmail.com>, "Miss Carson L. Sieving" <carson.sieving@gmail.com>, "Feldman, Alyse" <afeldman@apcoworldwide.com>, "DeAngelo, Anthony" <ADeangelo@apcoworldwide.com>, "Arlook, Eleanor" <earlook@apcoworldwide.com>

Good Morning, Team!

We are looking forward to our call at 11:30 am. Linda, attached is the contract for Fiola, which they would appreciate having signed with a $20K deposit this morning sometime if possible. Carson and I will both be on site starting at noon for walk throughs.

Let me know how I can be helpful in facilitating this.

Thank you,
SR

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Stephanie Ruby
(484) 753-2513 Mobile
stephanieruby@gmail.com



42



601 Pennsylvania Ave NW.
Washington, District of Columbia  20004
(Entrance at 678 Indiana Ave)
P: 202·628·2888  F: 202·628·2889

## Event Contract

| Event Name: | The Crown Prince of Saudi Arabia | Event Location: | Buyout |
| --- | --- | --- | --- |
| Contact Name: | Stephanie Ruby | Date: | Thursday, March 22nd 2018 |
| Contact #: | (484) 753-2513 | Time: | 4:00 PM |
| Email: | stephanieruby@gmail.com | Room Fee: | $0.00 |
| Fax #: | stephanieruby@gmail.com | F&B Minimum: | $40,000.00 |
| Address: | | Guests: | |
| | | On-Site Contact: | |
| Start / End Time: | 4:00 PM - 8:00 PM | | |

This Agreement is made and entered into by and between Fiola (hereinafter referred to as "Restaurant") and Stephanie Ruby (hereinafter referred to as "Group"). This Agreement will be a definite commitment upon signing by both parties. However, between now and (TWO WEEKS FROM TODAYS DATE), unless both parties have agreed upon and fully executed this contract, should another customer request the private dining space and be in a position to sign an agreement immediately with Restaurant, and will advise Group and Group will have three (3) business days to sign this contract and confirm the arrangements on a definite basis or Restaurant may opt to enter into an agreement with another customer.

**First Floor Buy-Out:**   Group is entitled to use the entire first floor of the Restaurant, including the bar and restroom facilities, but is restricted from using such facilities located on the second floor of the Restaurant.

**Second Floor Buy-Out:**   Group is entitled to use the entire second floor of the Restaurant, including the bar and restroom facilities, but is restricted from using such facilities located on the first floor of the Restaurant.

**FOOD & BEVERAGE MINIMUM/PAYMENT:**   Restaurant requires a food and beverage minimum for exclusive use of the restaurant, as well as a room rental.  The food and beverage minimum for your event will be $40,000.00 (exclusive of sales tax, planner fee and discretionary gratuity , room rental fee and AV rental charges).  The  room rental is $0.00.

Should the food and beverage charges following your event not reach the said minimum, the remaining balance will be added to the check as the minimum is part of a binding contract that has been calculated in advance.

Fees, taxes, and gratuity do not count toward the food and beverage minimum and are charged for as separate line items. In the event that you do not reach the minimum, we are happy to allow you and your party to order additional food and beverages at the bar immediately after your event concludes (or a table if available) to be included against the minimum, however, we will not allow food "to go" orders to be counted against the minimum nor can unopened wine be taken from the premises.

**Additional Expenditures:**  Client agrees to assume full responsibility for any additional food and beverage charges/changes that are made to the prior set menu during the Event at the request of Client or any of Client's invited guests. This includes additional food and alcoholic beverages ordered by any member of the Client's group that were not on the previously set menu for the Event.

**Payment for all private events at Restaurant are due upon the completion of the event unless other arrangements have been made ahead of time between Restaurant and Group.**

**DEPOSIT:**   For all  events, a 50% deposit is due when the contract is received.  This is 50% of the estimated food, beverage, tax and gratuity total as determined by Restaurant.

Final form of payment must be on file prior to the start of the event. Group will complete the attached credit card authorization form. The card retained on file may be used for final payment of the overall bill or Group may elect another form of payment to be used.

Group agrees that at the time the final bill is presented that the Restaurant will split the amount due between no more than three (3) separate credit cards unless prior arrangements have been approved as follows: _____.

**EVENT'S CANCELLATION:**  If Restaurant cancels this Agreement or is unable to provide the requested rooms or meeting space, Restaurant will work with Group to arrange alternative accommodations and space at the prices set forth herein.

If Group decides to cancel this Agreement, reduce the size of the event and/or attendance, or reduce the amount of food and beverage services, Group agrees that Restaurant will suffer damages.  Such damages will be a result of Restaurant's inability to offer the unused space or services to another group and/or the cost to Restaurant of trying to re-sell these space/services, the exact amount of damages will be difficult to determine.  Therefore, Group agrees that the following liquidated damages amounts are a reasonable effort by the parties to agree in advance on the amount of damages.  It is agreed that these amounts will be due regardless of Restaurant's ultimate ability to re-sell some or all of the space or services.

Group agrees that if it cancels this Agreement for any reason, Restaurant will suffer damages.  The closer in time the cancellation occurs to your scheduled event, the greater the damages will be.  Therefore, Group agrees to pay Restaurant at the time of cancellation a liquidated damages fee (and not a penalty), as follows:

| Less than 30 days prior to arrival date: | Amount equal to 25% of total anticipated revenue |
| --- | --- |

**Guaranteed Guest Count and Menu Deadlines:**   Due to market fluctuations, menu prices cannot be guaranteed more than three (3) months prior to your event.

The Restaurant's Event Manager must receive Group's <u>guaranteed attendance</u> no later than three (3) business days prior to the event. This number, once finalized, is not subject to reduction.  Final charges will be based on the guaranteed number of guests. If not received, the guaranteed number on the contract will be used as the guaranteed number and client will be billed as such. Should the number of guests in attendance at the function exceed the final guest count, Group will be charged for the overage at the close of the event.

*Parties increasing in size by more than 5% less than three (3) days before the event may not be guaranteed an identical menu for the additional guests.*

Menu selections for buyouts are due ten (10) business days prior to the date of the event. If menu selections are not received within three  (3) business days of the intended event date,  Restaurant reserves the right to pre-select the menus on your behalf based on said minimums.

<u>TAXES AND FEES:</u>  A four percent (4%) planner fee, based on the total food and beverage revenue, will automatically be added to your final bill.  This planner fee, along with any food and beverages consumed, are subject to District of Columbia sales tax, currently,10%, which amount is subject to change by the local authorities.   Menu prices do not include the District of Columbia sales tax.  If your organization is tax exempt, a copy of your tax-exempt certificate must be provided with your signed contract.

*Gratuity is discretionary.  Restaurant recommends between eighteen and twenty percent (18-20%).*
.
<u>SCHEDULE:</u> Group agrees to begin the event promptly at the scheduled time and agrees to have its guests, invitees and other persons vacate the restaurant at the closing hour indicated. Should an event extend beyond the agreed upon departure, Restaurant reserves the right to charge $500/hour for each hour past the guaranteed departure with prior notice to the host of the event.

<u>DAMAGE CLAUSE:</u>  In the event that damage to any Restaurant property or the property of Fiola occurs as a result of any guest related to Group, Group assumes all liability and expense and agrees that, in addition to any other rights as against such guest or others, Restaurant may charge Group's Master Account or directly bill Group for all such charges.  Group shall indemnify, defend and hold harmless Restaurant and its officers, directors, partners, affiliates, members and employees from and against all demands, claims, damages to persons and/or property, losses and liabilities, including reasonable attorney fees (collectively "Claims") arising out of or cause by Group's negligence or intentional misconduct.  Group does not waive, by reason of this paragraph, any defense that it may have with respect to such Claims.

<u>GROUP'S PROPERTY:</u>  Group agrees Restaurant will not be responsible for the safe-keeping of equipment, supplies, written material or other valuable items left in the private dining room or anywhere on Restaurant property.  Group is responsible for securing any such aforementioned items and hereby assumes responsibility for loss thereof.  Group may not rely on any verbal or written assurances provided by Restaurant staff, other than as provided in this Agreement.

<u>FORCE MAJEURE:</u>  The performance of this Agreement is subject to any circumstances making it illegal or impossible to provide or use Restaurant facilities, including Acts of God, war, domestic terrorism, government regulations, disaster, strikes, civil disorder or curtailment of utilities and transportation facilities.  This Agreement may be terminated for any one of the above reasons by written notice from Restaurant.

<u>RESERVATION OF RIGHTS:</u>  Group will conduct the event in an orderly manner, and in full compliance with all applicable laws, ordinances and regulations.  Restaurant reserves the right to ask any patron engaged in illegal or disorderly conduct to leave the Restaurant premises, without liability.

<u>DISPUTE RESOLUTION:</u>  Restaurant and Group agree to use its best efforts to resolve any disputes under this Agreement through informal means.  In the unlikely event that formal action must be taken, this Agreement will be interpreted in accordance with the laws of the District of Columbia and the exclusive venue for any dispute arising out of this Agreement shall be in the District of Columbia.  The prevailing party to any litigation shall be entitled to recover, in addition to damages, all legal costs and reasonable attorney fees as fixed by the Court, both at the trial and appellate levels, and in any bankruptcy case and post judgment proceedings. **To the extent allowed by law, the parties hereto hereby waive the right to a jury trial in any action or proceeding regarding this Agreement.**

<u>ENTIRE AGREEMENT:</u> This Agreement and any Exhibits hereto constitute the entire agreement between the parties and supersedes any previous communications, representations or agreements, whether written or oral.  Any changes to this Agreement must be made in writing and signed by authorized representative of each party.

<u>COMPLIANCE WITH LAWS:</u>  Group shall comply with all Federal, State and local laws, rules and regulations with respect to its activities on Restaurant property, including obtaining any permits required for Group's activities during the event.  Restaurant may require Group to present proof of such compliance prior to the event.

<u>ACCEPTANCE OF CONTRACT:</u> If a signed original of this Agreement has not been received by the Restaurant, the Restaurant shall have the right to contract with other parties for the use of the private dining room or restaurant without further notice to Group.

I have read and agree to the above guidelines for booking private parties. I also agree that payment is required in full on the date of event and will include planner fee, sales tax, and discretionary gratuity unless prior arrangements have been made

IN WITNESS WHEREOF, Restaurant and Group have executed this Agreement in manner and form sufficient to bind them as of the date and year set forth on page one of this Agreement:


## Client Signature

No signature on file

## Event Manager Signature

No signature on file



(Entrance at 678 Indiana Ave)
P: 202-628-2888  F: 202-628-2889

Credit Card Authorization Form

Is this the card Fiola will charge for the full event? ☐ Yes   ☐ No
If no, please indicate how this event will be paid for.
If yes, would you like a check or receipt presented? ☐ Yes   ☐ No

## Credit Card Authorization Form

| Credit Card Type: | |
|---|---|
| Name on Credit Card: | |
| Credit Card Number: | Security Code: |
| Expiration Date: | |
| Credit Card Billing Address: | |
| **I understand that by signing this Credit Card Authorization form that this credit card will be charged in accordance with our terms.** | |
| Cardholder's Signature: | |
| Print Name: | |
| Date: | |

**Arlook, Eleanor** <earlook@apcoworldwide.com>                                                    Fri, Mar 16, 2018 at 9:25 AM
To: Stephanie Ruby <stephanieruby@gmail.com>
Cc: "Barnhart, Linda" <lbarnhart@apcoworldwide.com>, Erick Sanchez <emsanchez1@gmail.com>, "Miss Carson L. Sieving" <carson.sieving@gmail.com>,
"Feldman, Alyse" <afeldman@apcoworldwide.com>, "DeAngelo, Anthony" <ADeangelo@apcoworldwide.com>

Good morning Stephanie - we will get the deposit payment moving as quickly as possible this morning. Does Fiola have a required or preferred payment
method for the deposit? Please also provide a detailed schedule of all other payments and preferred/required method of payment at your earliest
convenience today. This will help us make sure our accounts payable team is prepared and ready for everything coming.

A chart would be ideal with:
- payment total
- payment purpose
- due date
- payee
- required or preferred method (please note when required vs preferred)

i.e. if Fiola will require the balance paid the night of the event via check (as I know is customary with venue payments), the sooner we know - the better.

Thanks!

Elle

Eleanor Arlook
Senior Consultant

APCO Worldwide
1299 Pennsylvania Ave. N.W.
Suite 300
Washington, DC 20004

(t) +1 202 778 1704



47

**From:** Jennifer Meyer
**Sent:** Friday, March 16, 2018 12:08:08 PM
**To:** Arlook, Eleanor
**Cc:** Stephanie Ruby; Barnhart, Linda
**Subject:** Re: Connecting on Adaa Activations in DC

Hello Elle,

Yes, of course!  The invoice is attached.

Best,

Jennifer Meyer

Event Manager | Fiola da Fabio Trabocchi

601 Pennsylvania Avenue NW | Washington DC 20004

T 202 525 1402

C 202 679 5398

Jennifer.Meyer@fabiotrabocchi.com | www.fabiotrabocchi.com

<image001.png>



**EXHIBIT**

17



601 Pennsylvania Ave NW, Washington, District of Columbia 20004 (Entrance at 678 Indiana Ave)

P: 202-628-2888  F: 202-628-2889

## INVOICE

| Event Name: | APCO World Wide | Event Location: | Buyout |
|---|---|---|---|
| Contact Name: | Linda Barnhart | Date: | Thursday, March 22nd 2018 |
| Contact #: | 6782009299 | Time: | 11:00 AM |
| Email: | lbarnhart@apcoworldwide.com | Room Fee: | $0.00 |
| Fax #: | lbarnhart@apcoworldwide.com | F&B Minimum: | $40,000.00 |
| Address: | | Guests: | 100 |
| | | On-Site Contact: | |
| Start / End Time: | 11:00 AM - 8:00 PM | | |

| Qty. | | Price | Total |
|---|---|---|---|
| 1 | Food and Beverage Minimum Deposit | $20,000.00 | $20,000.00 |

| | Total |
|---|---|
| Food | $20,000.00 |
| Subtotal | $20,000.00 |
| Grand Total | $20,000.00 |
| Deposit Due | -$0.00 |
| **Estimated Amount Due** | **$20,000.00** |
| Price Per Person | $0.00 |

**From:** Jennifer Meyer [mailto:Jennifer.Meyer@fabiotrabocchi.com]
**Sent:** Friday, March 16, 2018 1:05 PM
**To:** Arlook, Eleanor <earlook@apcoworldwide.com>
**Cc:** Stephanie Ruby <stephanieruby@gmail.com>; Barnhart, Linda <lbarnhart@apcoworldwide.com>
**Subject:** Re: Connecting on Adaa Activations in DC

Hello Elle,

I wanted to touch base on the contract, as due to some vendor deadlines we need to begin making product purchases this afternoon.

Are you able to send over the signed contract as soon as possible?

Best,

Jennifer Meyer

Event Manager I Fiola da Fabio Trabocchi

601 Pennsylvania Avenue NW I Washington DC 20004

T 202 525 1402

C 202 679 5398

Jennifer.Meyer@fabiotrabocchi.com I www.fabiotrabocchi.com

 

**Arlook, Eleanor** <earlook@apcoworldwide.com>                                              Fri, Mar 16, 2018 at 1:23 PM
To: Jennifer Meyer <Jennifer.Meyer@fabiotrabocchi.com>
Cc: Stephanie Ruby <stephanieruby@gmail.com>, "Barnhart, Linda" <lbarnhart@apcoworldwide.com>

Hi there Jennifer – we have the invoice, but the contract isn't between APCO and Fiola. Can you provide a contract between Fiola and APCO that we can get signed and over to you along with the deposit payment?


Elle


**Eleanor Arlook**
 Worldwide
(t) +1 202 778 1704

**Jennifer Meyer** <Jennifer.Meyer@fabiotrabocchi.com>                                      Fri, Mar 16, 2018 at 1:30
To: "Arlook, Eleanor" <earlook@apcoworldwide.com>
Cc: Stephanie Ruby <stephanieruby@gmail.com>, "Barnhart, Linda" <lbarnhart@apcoworldwide.com>

Hello Elle,

I may need further clarification on the specific you noted on the contract.  I have it currently in the name of APCO World Wide with Linda Barnhart as the contact.  Is that correct?


Jennifer Meyer
Event Manager | Fiola da Fabio Trabocchi
601 Pennsylvania Avenue NW | Washington DC 20004
T 202 525 1402
C 202 679 5398
Jennifer.Meyer@fabiotrabocchi.com | www.fabiotrabocchi.com





601 Pennsylvania Ave NW.
Washington, District of Columbia  20004
(Entrance at 678 Indiana Ave)
P: 202-628-2888  F: 202-628-2889

| Event Contract | | | |
|---|---|---|---|

| Event Name: | APCO Worldwide | Event Location: | Buyout |
|---|---|---|---|
| Contact Name: | Linda Barnhart | Date: | Thursday, March 22nd 2018 |
| Contact #: | 6782009299 | Time: | 11:00 AM |
| Email: | lbarnhart@apcoworldwide.com | Room Fee: | $0.00 |
| Fax #: | lbarnhart@apcoworldwide.com | F&B Minimum: | $40,000.00 |
| Address: | | Guests: | 100 |
| | | On-Site Contact: | Stephanie Ruby |
| Start / End Time: | 11:00 AM - 8:00 PM | | |

This Agreement is made and entered into by and between Fiola (hereinafter referred to as "Restaurant") and APCO World Wide (hereinafter referred to as "Group"). This Agreement will be a definite commitment upon signing by both parties. However, between now and (TWO WEEKS FROM TODAYS DATE), unless both parties have agreed upon and fully executed this contract, should another customer request the private dining space and be in a position to sign an agreement immediately with Restaurant, we will advise Group and Group will have three (3) business days to sign this contract and confirm the arrangements on a definite basis or Restaurant may opt to enter into an agreement with another customer.

FOOD & BEVERAGE MINIMUM/PAYMENT:   Restaurant requires a food and beverage minimum for exclusive use of the restaurant, as well as a room rental.  The food and beverage minimum for your event will be $40,000.00 (exclusive of sales tax, planner fee and discretionary gratuity , room rental fee and AV rental charges).  The  room rental is $0.00.

Should the food and beverage charges following your event not reach the said minimum, the remaining balance will be added to the check as the minimum is part of a binding contract that has been calculated in advance.

Fees, taxes, and gratuity do not count toward the food and beverage minimum and are charged for as separate line items. In the event that you do not reach the minimum, we are happy to allow you and your party to order additional food and beverages at the bar immediately after your event concludes (or a table if available) to be included against the minimum, however, we will not allow food "to go" orders to be counted against the minimum nor can unopened wine be taken from the premises.

Additional Expenditures: Client agrees to assume full responsibility for any additional food and beverage charges/changes that are made to the prior set menu during the Event at the request of Client or any of Client's invited guests.  This includes additional food and alcoholic beverages ordered by any member of the Client's group that were not on the previously set menu for the Event.

Payment for all private events at Restaurant are due upon the completion of the event unless other arrangements have been made ahead of time between Restaurant and Group.

DEPOSIT:  For all  events, a 50% deposit is due when the contract is received.  This is 50% of the estimated food, beverage, tax and gratuity total as determined by Restaurant.

Final form of payment must be on file prior to the start of the event.  Group will complete the attached credit card authorization form. The card retained on file may be used for final payment of the overall bill or Group may elect another form of payment to be used.

Group agrees that at the time the final bill is presented that the Restaurant will split the amount due between no more than three (3) separate credit cards unless prior arrangements have been approved as follows: _____.

EVENT'S CANCELLATION:  If Restaurant cancels this Agreement or is unable to provide the requested rooms or meeting space, Restaurant will work with Group to arrange alternative accommodations and space at the prices set forth herein.

If Group decides to cancel this Agreement, reduce the size of the event and/or attendance, or reduce the amount of food and beverage services, Group agrees that Restaurant will suffer damages.  Such damages will be a result of Restaurant's inability to offer the unused space or services to another group and/or the cost to Restaurant of trying to re-sell these space/services, the exact amount of damages will be difficult to determine.  Therefore, Group agrees that the following liquidated damages amounts are a reasonable effort by the parties to agree in advance on the amount of damages.  It is agreed that these amounts will be due regardless of Restaurant's ultimate ability to re-sell some or all of the space or services.

Group agrees that if it cancels this Agreement for any reason, Restaurant will suffer damages.  The closer in time the cancellation occurs to your scheduled event, the greater the damages will be.  Therefore, Group agrees to pay Restaurant at the time of cancellation a liquidated damages fee (and not a penalty), as follows:

| | |
|---|---|
| Less than 30 days prior to arrival date: | Amount equal to 25% of total anticipated revenue |
| Less than 14 days prior to arrival date: | Amount equal to 75% of total anticipated revenue |
| Less than 7 days prior to arrival date: | Amount equal to 100% of total anticipated revenue |

Guaranteed Guest Count and Menu Deadlines:  Due to market fluctuations, menu prices cannot be guaranteed more than three (3) months prior to your event.

The Restaurant's Event Manager must receive Group's guaranteed attendance no later than three (3) business days prior to the event.  This number, once finalized, is not subject to reduction.  Final charges will be based on the guaranteed number of guests. If not received, the guaranteed number on the contract will be used as the guaranteed number and client will be billed as such.  Should the number of

guests in attendance at the function exceed the final guest count, Group will be charged for the overage at the close of the event.

*Parties increasing in size by more than 5% less than three (3) days before the event may not be guaranteed an identical menu for the additional guests.*

Menu selections for buyouts are due ten (10) **business days** prior to the date of the event. If menu selections are not received within three (3) **business days of the intended event date,** Restaurant reserves the right to pre-select the menus on your behalf based on said minimums.

**TAXES AND FEES:** A four percent (4%) planner fee, based on the total food and beverage revenue, will automatically be added to your final bill. This planner fee, along with any food and beverages consumed, are subject to District of Columbia sales tax, currently,10%, which amount is subject to change by the local authorities. Menu prices do not include the District of Columbia sales tax. If your organization is tax exempt, a copy of your tax-exempt certificate must be provided with your signed contract.

*Gratuity is discretionary. Restaurant recommends between eighteen and twenty percent (18-20%).*

**SCHEDULE:** Group agrees to begin the event promptly at the scheduled time and agrees to have its guests, invitees and other persons vacate the restaurant at the closing hour indicated. Should an event extend beyond the agreed upon departure, Restaurant reserves the right to charge $500/hour for each hour past the guaranteed departure with prior notice to the host of the event.

**DAMAGE CLAUSE:** In the event that damage to any Restaurant property or the property of Fiola occurs as a result of any guest related to Group, Group assumes all liability and expense and agrees that, in addition to any other rights as against such guest or others, Restaurant may charge Group's Master Account or directly bill Group for all such charges. Group shall indemnify, defend and hold harmless Restaurant and its officers, directors, partners, affiliates, members and employees from and against all demands, claims, damages to persons and/or property, losses and liabilities, including reasonable attorney fees (collectively "Claims") arising out of or cause by Group's negligence or intentional misconduct. Group does not waive, by reason of this paragraph, any defense that it may have with respect to such Claims.

**GROUP'S PROPERTY:** Group agrees Restaurant will not be responsible for the safe-keeping of equipment, supplies, written material or other valuable items left in the private dining room or anywhere on Restaurant property. Group is responsible for securing any such aforementioned items and hereby assumes responsibility for loss thereof. Group may not rely on any verbal or written assurances provided by Restaurant staff, other than as provided in this Agreement.

**FORCE MAJEURE:** The performance of this Agreement is subject to any circumstances making it illegal or impossible to provide or use Restaurant facilities, including Acts of God, war, domestic terrorism, government regulations, disaster, strikes, civil disorder or curtailment of utilities and transportation facilities. This Agreement may be terminated for any one of the above reasons by written notice from Restaurant.

**RESERVATION OF RIGHTS:** Group will conduct the event in an orderly manner, and in full compliance with all applicable laws, ordinances and regulations. Restaurant reserves the right to ask any patron engaged in illegal or disorderly conduct to leave the Restaurant premises, without liability.

**DISPUTE RESOLUTION:** Restaurant and Group agree to use its best efforts to resolve any disputes under this Agreement through informal means. In the unlikely event that formal action must be taken, this Agreement will be interpreted in accordance with the laws of the District of Columbia and the exclusive venue for any dispute arising out of this Agreement shall be in the District of Columbia. The prevailing party to any litigation shall be entitled to recover, in addition to damages, all legal costs and reasonable attorney fees as fixed by the Court, both at the trial and appellate levels, and in any bankruptcy case and post judgment proceedings. **To the extent allowed by law, the parties hereto hereby waive the right to a jury trial in any action or proceeding regarding this Agreement.**

**ENTIRE AGREEMENT:** This Agreement and any Exhibits hereto constitute the entire agreement between the parties and supersedes any previous communications, representations or agreements, whether written or oral. Any changes to this Agreement must be made in writing and signed by authorized representative of each party.

**COMPLIANCE WITH LAWS:** Group shall comply with all Federal, State and local laws, rules and regulations with respect to its activities on Restaurant property, including obtaining any permits required for Group's activities during the event. Restaurant may require Group to present proof of such compliance prior to the event.

**ACCEPTANCE OF CONTRACT:** If a signed original of this Agreement has not been received by the Restaurant, the Restaurant shall have the right to contract with other parties for the use of the private dining room or restaurant without further notice to Group.

I have read and agree to the above guidelines for booking private parties. I also agree that payment is required in full on the date of event and will include planner fee, sales tax, and discretionary gratuity unless prior arrangements have been made

IN WITNESS WHEREOF, Restaurant and Group have executed this Agreement in manner and form sufficient to bind them as of the date and year set forth on page one of this Agreement:

## Client Signature

No signature on file

## Event Manager Signature

No signature on file

*fiola*

601 Pennsylvania Ave NW,
Washington, District of Columbia 20004
(Entrance at 678 Indiana Ave)
P: 202-628-2888 F: 202-628-2889

| Credit Card Authorization Form |
| --- |

| Is this the card Fiola will charge for the full event?  ☐ Yes   ☐ No |
| --- |

If no, please indicate how this event will be paid for.

If yes, would you like a check or receipt presented? ☐ Yes   ☐ No

## Credit Card Authorization Form

| Credit Card Type: | |
|---|---|
| Name on Credit Card: | |
| Credit Card Number: | Security Code: |
| Expiration Date: | |
| Credit Card Billing Address: | |
| I understand that by signing this Credit Card Authorization form that this credit card will be charged in accordance with our terms. | |
| Cardholder's Signature: | |
| Print Name: | |
| Date: | |

**Arlook, Eleanor** <earlook@apcoworldwide.com>                                                                        Fri, Mar 16, 2018 at 1:32
To: Jennifer Meyer <Jennifer.Meyer@fabiotrabocchi.com>
Cc: Stephanie Ruby <stephanieruby@gmail.com>, "Barnhart, Linda" <lbarnhart@apcoworldwide.com>

Thanks Jennifer! This is great, the original contract I saw listed Stephanie as the POC. We can move this contract forward!


Elle


**Eleanor Arlook**
**APCO** Worldwide
(t) +1 202 778 1704

Arlook, Eleanor <earlook@apcoworldwide.com>                                   Fri, Mar 16, 2018 at 4:57
To: Jennifer Meyer <Jennifer.Meyer@fabiotrabocchi.com>
Cc: Stephanie Ruby <stephanieruby@gmail.com>, "Barnhart, Linda" <lbarnhart@apcoworldwide.com>

So sorry for the delay – I have the signed contract/CC form in hand! Scanning in and sending now


**Eleanor Arlook**
APCO Worldwide
(t) +1 202 778 1704


Jennifer Meyer <Jennifer.Meyer@fabiotrabocchi.com>                           Fri, Mar 16, 2018 at 5:06 PM
To: "Arlook, Eleanor" <earlook@apcoworldwide.com>
Cc: Stephanie Ruby <stephanieruby@gmail.com>, "Barnhart, Linda" <lbarnhart@apcoworldwide.com>

Hello Elle,

Thank you!  Is it arriving through email?  Unfortunately our fax is down incase that was the method.

Would you like the deposit to be paid on the CC included in the contract?


Jennifer Meyer
Event Manager | Fiola da Fabio Trabocchi
601 Pennsylvania Avenue NW | Washington DC 20004
T 202 525 1402
C 202 679 5398
Jennifer.Meyer@fabiotrabocchi.com | www.fabiotrabocchi.com


Arlook, Eleanor <earlook@apcoworldwide.com>                                   Fri, Mar 16, 2018 at 5:11 PM
To: Jennifer Meyer <Jennifer.Meyer@fabiotrabocchi.com>
Cc: Stephanie Ruby <stephanieruby@gmail.com>, "Barnhart, Linda" <lbarnhart@apcoworldwide.com>

Attached here! Yes, please process the deposit using the card on this file. We would like to be invoiced for the balance at the conclusion of the event.


Thank you!


Elle


**Eleanor Arlook**
APCO Worldwide
(t) +1 202 778 1704

$\mathcal{fiola}$

601 Pennsylvania Ave NW,
Washington, District of Columbia  20004
(Entrance at 678 Indiana Ave)
P: 202-628-2888 F: 202-628-2889

## Event Contract

| Event Name: | APCO Worldwide | Event Location: | Buyout |
|---|---|---|---|
| Contact Name: | Linda Barnhart | Date: | Thursday, March 22nd 2018 |
| Contact #: | 6782009299 | Time: | 11:00 AM |
| Email: | lbarnhart@apcoworldwide.com | Room Fee: | $0.00 |
| Fax #: | lbarnhart@apcoworldwide.com | F&B Minimum: | $40,000.00 |
| Address: | | Guests: | 100 |
| | | On-Site Contact: | Stephanie Ruby |
| Start / End Time: | 11:00 AM - 8:00 PM | | |

This Agreement is made and entered into by and between Fiola (hereinafter referred to as "Restaurant") and APCO World Wide (hereinafter referred to as "Group"). This Agreement will be a definite commitment upon signing by both parties. However, between now and (TWO WEEKS FROM TODAYS DATE), unless both parties have agreed upon and fully executed this contract, should another customer request the private dining space and be in a position to sign an agreement immediately with Restaurant, we will advise Group and Group will have three (3) business days to sign this contract and confirm the arrangements on a definite basis or Restaurant may opt to enter into an agreement with another customer.

**FOOD & BEVERAGE MINIMUM/PAYMENT:**  Restaurant requires a food and beverage minimum for exclusive use of the restaurant, as well as a room rental.  The food and beverage minimum for your event will be $40,000.00 (exclusive of sales tax, planner fee and discretionary gratuity , room rental fee and AV rental charges).  The  room rental is $0.00.

Should the food and beverage charges following your event not reach the said minimum, the remaining balance will be added to the check as the minimum is part of a binding contract that has been calculated in advance.

Fees, taxes, and gratuity do not count toward the food and beverage minimum and are charged for as separate line items. In the event that you do not reach the minimum, we are happy to allow you and your party to order additional food and beverages at the bar immediately after your event concludes (or a table if available) to be included against the minimum, however, we will not allow food "to go" orders to be counted against the minimum nor can unopened wine be taken from the premises.

**Additional Expenditures:** Client agrees to assume full responsibility for any additional food and beverage charges/changes that are made to the prior set menu during the Event at the request of Client or any of Client's invited guests. This includes additional food and alcoholic beverages ordered by any member of the Client's group that were not on the previously set menu for the Event.

Payment for all private events at Restaurant are due upon the completion of the event unless other arrangements have been made ahead of time between Restaurant and Group.

**DEPOSIT:**  For all  events, a 50% deposit is due when the contract is received. This is 50% of the estimated food, beverage, tax and gratuity total as determined by Restaurant.

Final form of payment must be on file prior to the start of the event.  Group will complete the attached credit card authorization form. The card retained on file may be used for final payment of the overall bill or Group may elect another form of payment to be used.

Group agrees that at the time the final bill is presented that the Restaurant will split the amount due between no more than three (3) separate credit cards unless prior arrangements have been approved as follows: _____

**EVENT'S CANCELLATION:** If Restaurant cancels this Agreement or is unable to provide the requested rooms or meeting space, Restaurant will work with Group to arrange alternative accommodations and space at the prices set forth herein.

If Group decides to cancel this Agreement, reduce the size of the event and/or attendance, or reduce the amount of food and beverage services, Group agrees that Restaurant will suffer damages.  Such damages will be a result of Restaurant's inability to offer the unused space or services to another group and/or the cost to Restaurant of trying to re-sell these space/services, the exact amount of damages will be difficult to determine.  Therefore, Group agrees that the following liquidated damages amounts are a reasonable effort by the parties to agree in advance on the amount of damages.  It is agreed that these amounts will be due regardless of Restaurant's ultimate ability to re-sell some or all of the space or services.

Group agrees that if it cancels this Agreement for any reason, Restaurant will suffer damages.  The closer in time the cancellation occurs to your scheduled event, the greater the damages will be. Therefore, Group agrees to pay Restaurant at the time of cancellation a liquidated damages fee (and not a penalty), as follows:

| | |
|---|---|
| Less than 30 days prior to arrival date: | Amount equal to 25% of total anticipated revenue |
| Less than 14 days prior to arrival date: | Amount equal to 75% of total anticipated revenue |
| Less than 7 days prior to arrival date: | Amount equal to 100% of total anticipated revenue |

**Guaranteed Guest Count and Menu Deadlines:**  Due to market fluctuations, menu prices cannot be guaranteed more than three (3) months prior to your event.

The Restaurant's Event Manager must receive Group's guaranteed attendance no later than three (3) business days prior to the event. This number, once finalized, is not subject to reduction. Final charges will be based on the guaranteed number of guests. If not received, the guaranteed number on the contract will be used as the guaranteed number and client will be billed as such.  Should the number of

guests in attendance at the function exceed the final guest count, Group will be charged for the overage at the close of the event.

*Parties increasing in size by more than 5% less than three (3) days before the event may not be guaranteed an identical menu for the additional guests.*

Menu selections for buyouts are due ten (10) business days prior to the date of the event. If menu selections are not received within three (3) business days of the intended event date, Restaurant reserves the right to pre-select the menus on your behalf based on said minimums.

**TAXES AND FEES:** A four percent (4%) planner fee, based on the total food and beverage revenue, will automatically be added to your final bill. This planner fee, along with any food and beverages consumed, are subject to District of Columbia sales tax, currently, 10%, which amount is subject to change by the local authorities. Menu prices do not include the District of Columbia sales tax. If your organization is tax exempt, a copy of your tax-exempt certificate must be provided with your signed contract.

*Gratuity is discretionary. Restaurant recommends between eighteen and twenty percent (18-20%).*

**SCHEDULE:** Group agrees to begin the event promptly at the scheduled time and agrees to have its guests, invitees and other persons vacate the restaurant at the closing hour indicated. Should an event extend beyond the agreed upon departure, Restaurant reserves the right to charge $500/hour for each hour past the guaranteed departure with prior notice to the host of the event.

**DAMAGE CLAUSE:** In the event that damage to any Restaurant property or the property of Fiola occurs as a result of any guest related to Group, Group assumes all liability and expense and agrees that, in addition to any other rights as against such guest or others, Restaurant may charge Group's Master Account or directly bill Group for all such charges. Group shall indemnify, defend and hold harmless Restaurant and its officers, directors, partners, affiliates, members and employees from and against all demands, claims, damages to persons and/or property, losses and liabilities, including reasonable attorney fees (collectively "Claims") arising out of or cause by Group's negligence or intentional misconduct. Group does not waive, by reason of this paragraph, any defense that it may have with respect to such Claims.

**GROUP'S PROPERTY:** Group agrees Restaurant will not be responsible for the safe-keeping of equipment, supplies, written material or other valuable items left in the private dining room or anywhere on Restaurant property. Group is responsible for securing any such aforementioned items and hereby assumes responsibility for loss thereof. Group may not rely on any verbal or written assurances provided by Restaurant staff, other than as provided in this Agreement.

**FORCE MAJEURE:** The performance of this Agreement is subject to any circumstances making it illegal or impossible to provide or use Restaurant facilities, including Acts of God, war, domestic terrorism, government regulations, disaster, strikes, civil disorder or curtailment of utilities and transportation facilities. This Agreement may be terminated for any one of the above reasons by written notice from Restaurant.

**RESERVATION OF RIGHTS:** Group will conduct the event in an orderly manner, and in full compliance with all applicable laws, ordinances and regulations. Restaurant reserves the right to ask any patron engaged in illegal or disorderly conduct to leave the Restaurant premises, without liability.

**DISPUTE RESOLUTION:** Restaurant and Group agree to use its best efforts to resolve any disputes under this Agreement through informal means. In the unlikely event that formal action must be taken, this Agreement will be interpreted in accordance with the laws of the District of Columbia and the exclusive venue for any dispute arising out of this Agreement shall be in the District of Columbia. The prevailing party to any litigation shall be entitled to recover, in addition to damages, all legal costs and reasonable attorney fees as fixed by the Court, both at the trial and appellate levels, and in any bankruptcy case and post judgment proceedings. To the extent allowed by law, the parties hereto hereby waive the right to a jury trial in any action or proceeding regarding this Agreement.

**ENTIRE AGREEMENT:** This Agreement and any Exhibits hereto constitute the entire agreement between the parties and supersedes any previous communications, representations or agreements, whether written or oral. Any changes to this Agreement must be made in writing and signed by authorized representative of each party.

**COMPLIANCE WITH LAWS:** Group shall comply with all Federal, State and local laws, rules and regulations with respect to its activities on Restaurant property, including obtaining any permits required for Group's activities during the event. Restaurant may require Group to present proof of such compliance prior to the event.

**ACCEPTANCE OF CONTRACT:** If a signed original of this Agreement has not been received by the Restaurant, the Restaurant shall have the right to contract with other parties for the use of the private dining room or restaurant without further notice to Group.

I have read and agree to the above guidelines for booking private parties. I also agree that payment is required in full on the date of event and will include planner fee, sales tax, and discretionary gratuity unless prior arrangements have been made

IN WITNESS WHEREOF, Restaurant and Group have executed this Agreement in manner and form sufficient to bind them as of the date and year set forth on page one of this Agreement:

**Client Signature**

No signature on file

**Event Manager Signature**

No signature on file

*fiola*

601 Pennsylvania Ave NW,
Washington. District of Columbia  20004
(Entrance at 678 Indiana Ave)
P: 202-628-2888  F: 202-628-2889

Credit Card Authorization Form

Is this the card Fiola will charge for the full event?  ☐ Yes  ☒ No   Deposit Only

| If no, please indicate how this event will be paid for. | Please invoice balance following event |
| If yes, would you like a check or receipt presented? ☐ Yes ☐ No | |

## Credit Card Authorization Form

| Credit Card Type: | MasterCard |
|---|---|
| Name on Credit Card: | Kevin Taylor |

| Credit Card Number: | 5525 0209 1056 0403 | Security Code: 770 |
|---|---|---|

| Expiration Date: | 12/20 |
|---|---|

| Credit Card Billing Address: | 1299 Pennsylvania Avenue Suite #300 Washington DC 20004 |
|---|---|

I understand that by signing this Credit Card Authorization form that this credit card will be charged in accordance with our terms.

| Cardholder's Signature: | |
|---|---|
| Print Name: | Kevin Taylor |
| Date: | 3/16/18 |

**Arlook, Eleanor** <earlook@apcoworldwide.com>
To: Jennifer Meyer <Jennifer.Meyer@fabiotrabocchi.com>
Cc: Stephanie Ruby <stephanieruby@gmail.com>, "Barnhart, Linda" <lbarnhart@apcoworldwide.com>

Fri, Mar 16, 2018 at 5:19 PM

Hi there Jennifer -- please provide a receipt once the deposit payment has been processed.


Thank you very much,


Elle


**Eleanor Arlook**
**APCO** Worldwide
(t) +1 202 778 1704


From: Arlook, Eleanor
Sent: Friday, March 16, 2018 5:11 PM
To: 'Jennifer Meyer' <Jennifer.Meyer@fabiotrabocchi.com>
Cc: Stephanie Ruby <stephanieruby@gmail.com>; Barnhart, Linda <lbarnhart@apcoworldwide.com>
Subject: RE: Connecting on Adaa Activations in DC

Jennifer Meyer <Jennifer.Meyer@fabiotrabocchi.com>
To: "Arlook, Eleanor" <earlook@apcoworldwide.com>
Cc: Stephanie Ruby <stephanieruby@gmail.com>, "Barnhart, Linda" <lbarnhart@apcoworldwide.com>

Fri, Mar 16, 2018 at 5:46 PM

Hello Elle,

Thank you for the contract all was received and the deposit has been processed. I have attached a copy of the receipt.

Yes, I will certainly provide an invoice for the final event and payment following that evening. May I ask if the final payment will be made by check or direct deposit?

If by check we simply ask it is sent FedEX same day and require signature for delivery.

Best,

Jennifer Meyer
Event Manager | Fiola da Fabio Trabocchi
601 Pennsylvania Avenue NW | Washington DC 20004
T 202 525 1402
C 202 679 5398
Jennifer.Meyer@fabiotrabocchi.com | www.fabiotrabocchi.com

```
          F i o l a
      601 Pennsylvania Ave. NW
        Washington, D.C. 20004
      (Entrance on Indiana Ave)
          www.fioladc.com
  Date:      Mar16'18 05:25PM
  Card Type: Master Card
  Acct #:    XXXXXXXXXXXXX0403*
  Card Entry: KEYED
  Trans Type: PURCHASE
  Auth Code: 03088J
  Check:     5046
  Server:    10003 Bnqt Ser

  Subtotal:    20000.00

  Tip:_____

  Total: _____

  _____
  Signature
  I agree to pay above total
  according to my card issuer
  agreement.
  * * * * Merchant Copy * * * *
```

```
          F i o l a
      601 Pennsylvania Ave. NW
        Washington, D.C. 20004
          www.fioladc.com

   10003 Bnqt Ser
  --------------------------------
  Chk 5046        Mar16'18 05:22P  Gst  0
  --------------------------------

    APCO DEPOSIT
    Deposit Rcvd             20000.00
  XXXXXXXXXXXXX0403
    Master Card              20000.00

    Service Chrg             20000.00
    Payment                 20000.00

  ----------10003 Check Closed----------
  ------------Mar16'18 05:26PM----------
```

**Arlook, Eleanor** <earlook@apcoworldwide.com>                                                    Fri, Mar 16, 2018 at 6:02 PM
To: Jennifer Meyer <Jennifer.Meyer@fabiotrabocchi.com>
Cc: Stephanie Ruby <stephanieruby@gmail.com>, "Barnhart, Linda" <lbarnhart@apcoworldwide.com>

Thank you Jennifer! I will confirm final payment method with our accounts payable team and give you an update on Monday.

There's no way to determine what the final cost would be ahead of time, is there? That would help us be able to cut a check the next day. Let me know what you think.

Elle

Sent from my iPhone

Eleanor Arlook
Senior Consultant

APCO Worldwide
1299 Pennsylvania Ave, N.W.
Suite 300
Washington, DC 20004

(t) +1 202 778 1704

earlook@apcoworldwide.com
@apcoworldwide

::::: Public Affairs Agency of the Year, 2017 - *The Holmes Report* :::::

On Mar 16, 2018, at 5:47 PM, Jennifer Meyer <Jennifer.Meyer@fabiotrabocchi.com> wrote:

> Hello Elle,
>
> Thank you for the contract all was received and the deposit has been processed.  I have attached a copy of the receipt.

From: Arlook, Eleanor <earlook@apcoworldwide.com>
Sent: Friday, March 16, 2018 6:02:54 PM
To: Jennifer Meyer
Cc: Stephanie Ruby; Barnhart, Linda
Subject: Re: Connecting on Adaa Activations in DC


Thank you Jennifer! I will confirm final payment method with our accounts payable team and give you an update on Monday.


There's no way to determine what the final cost would be ahead of time, is there? That would help us be able to cut a check the next day. Let me know what you think.


**Elle**

Sent from my iPhone


**Eleanor Arlook**
Senior Consultant

**APCO** Worldwide
1299 Pennsylvania Ave, N.W.
Suite 300
Washington, DC 20004

(t) +1 202 778 1704

earlook@apcoworldwide.com
@apcoworldwide

:::::: Public Affairs Agency of the Year, 2017 - *The Holmes Report* :::.

On Mar 16, 2018, at 5:47 PM, Jennifer Meyer <Jennifer.Meyer@fabiotrabocchi.com> wrote:

Hello Elle,


Thank you for the contract all was received and the deposit has been processed. I have attached a copy of the receipt.


Yes, I will certainly provide an invoice for the final event and payment following that evening. May I ask if the final payment will be made by check or direct deposit?


If by check we simply ask it is sent FedEX same day and require signature for delivery.


Best,


Jennifer Meyer

Event Manager / Fiola da Fabio Trabocchi

From: Jennifer Meyer [mailto:Jennifer.Meyer@fabiotrabocchi.com]
Sent: Friday, March 16, 2018 5:06 PM
To: Arlook, Eleanor <earlook@apcoworldwide.com>
Cc: Stephanie Ruby <stephanieruby@gmail.com>; Barnhart, Linda <lbarnhart@apcoworldwide.com>
Subject: Re: Connecting on Adaa Activations in DC


Hello Elle,


Thank you!  Is it arriving through email?  Unfortunately our fax is down incase that was the method.


Would you like the deposit to be paid on the CC included in the contract?


Jennifer Meyer

Event Manager | Fiola da Fabio Trabocchi

601 Pennsylvania Avenue NW | Washington DC 20004

T 202 525 1402

C 202 679 5398

Jennifer.Meyer@fabiotrabocchi.com | www.fabiotrabocchi.com

<image001.png>

From: Arlook, Eleanor <earlook@apcoworldwide.com>
Sent: Friday, March 16, 2018 4:57:39 PM
To: Jennifer Meyer
Cc: Stephanie Ruby; Barnhart, Linda
Subject: RE: Connecting on Adaa Activations in DC


So sorry for the delay – I have the signed contract/CC form in hand! Scanning in and sending now


Eleanor Arlook
APCO Worldwide
(t) +1 202 778 1704

From: Jennifer Meyer [mailto:Jennifer.Meyer@fabiotrabocchi.com]
Sent: Friday, March 16, 2018 3:54 PM
To: Arlook, Eleanor <earlook@apcoworldwide.com>
Cc: Stephanie Ruby <stephanie.rby@gmail.com>; Barnhart, Linda <lbarnhart@apcoworldwide.com>
Subject: Re: Connecting on Adaa Activations in DC


Hello Elle,


I wanted to just check in to see if you had any questions and if the contract at the least can be returned this hour.


Best,


Jennifer Meyer

Event Manager | Fiola da Fabio Trabocchi

801 Pennsylvania Avenue NW | Washington DC 20004

T 202 525 1402

C 202 679 5398

Jennifer.Meyer@fabiotrabocchi.com | www.fabiotrabocchi.com

<image001.png>


From: Arlook, Eleanor <earlook@apcoworldwide.com>
Sent: Friday, March 16, 2018 1:32:05 PM
To: Jennifer Meyer
Cc: Stephanie Ruby; Barnhart, Linda
Subject: RE: Connecting on Adaa Activations in DC


Thanks Jennifer! This is great, the original contract I saw listed Stephanie as the POC. We can move this contract forward!


Elle


Eleanor Arlook
APCO Worldwide
(t) +1 202 778 1704

From: **Miss Carson L. Sieving** <carson.sieving@gmail.com>
Date: Fri, Mar 16, 2018 at 7:29 PM
Subject: Re: IPH Pop-Up Payment Chart

To: "Arlook, Eleanor" <earlook@apcoworldwide.com>
Cc: Stephanie Ruby <stephanieruby@gmail.com>, "Barnhart, Linda" <lbarnhart@apcoworldwide.com>, Erick Sanchez
<emsanchez1@gmail.com>, "Feldman, Alyse" <afeldman@apcoworldwide.com>, "DeAngelo, Anthony" <ADeangelo@apcoworldwide.com>

Hi Elle,

Further to our conversation this afternoon, attached is an update proposal with cost breakout for NYC and DC.   Please let me know if you have
any questions.

Linda - let me flag that we have included $10,000 to cover food and beverages in the private meeting room in DC for the daytime period.  We have
told Fiola to serve the delegation anything they request.  If you have any concerns about this directive to Fiola, please let us know immediately and
we can arrange for a further approval process.

Best,
Carson



74

## Budget:

**General:**

Event Planning & Coordination by the Principals: $200,000
Invitation Management: $2,000
Additional Pre-Event Staffing: $10,000
Travel and Related Expenses: $25,000
Miscellaneous: $3,000
**General Total: $240,000**

**Washington, D.C.**
Food, Beverages & Venue Staffing: $70,000
A/V and Technology: $12,000
Security: $5,000
Floral & Decor: $15,000
Rentals: $3,000
Signage and Printing: $4,000
Valet: $1,000
Gratuities & Miscellaneous: $10,000
Private Meeting Expenses: $10,000
**DC Total: $130,000**

**New York City**
Food, Beverages & Venue Staffing: $90,000
A/V and Technology: $30,000
Security: $10,000
Floral & Decor: $20,000
Rentals: $5,000
Signage and Printing: $5,000
Gratuities & Miscellaneous: $20,000
**NYC Total: $180,000**

## Budget Summary
General: $240,000
Washington, DC Event: $120,000
New York City Event: $180,000
**Total: $540,000**

## Budget:

**General:**
Event Planning & Coordination by the Principals: $200,000
Invitation Management: $2,000
Additional Pre-Event Staffing: $10,000
Travel and Related Expenses: $25,000
Miscellaneous: $3,000
**General Total: $240,000**

**Washington, D.C.**
Food, Beverages & Venue Staffing: $70,000
A/V and Technology: $12,000
Security: $5,000
Floral & Decor: $15,000
Rentals: $3,000
Signage and Printing: $4,000
Valet: $1,000
Gratuities & Miscellaneous: $10,000
Private Meeting Expenses: $10,000
**DC Total: $130,000**

**New York City**
Food, Beverages & Venue Staffing: $90,000
A/V and Technology: $30,000
Security: $10,000
Floral & Decor: $20,000
Rentals: $5,000
Signage and Printing: $5,000
Gratuities & Miscellaneous: $20,000
**NYC Total: $180,000**

## Budget Summary
General: $240,000

Washington, DC Event: $120,000

New York City Event: $180,000

**Total: $540,000**

Jennifer Meyer <Jennifer.Meyer@fabiotrabocchi.com>
To: Stephanie Ruby <stephanieruby@gmail.com>

Fri, Mar 16, 2018 at 11:33 PM

Stephanie,

I am feeling pumped, all vendors are locked down! The AV, florist and printing companies have confirmed our orders. I am still waiting on final quotes since we made additions following our meeting for two of them. The florist confirmed they will fulfill the full new order but as they had left the office, will give me a new quote on Monday. This is the same for the napkins and gift tags.

I am attaching a preliminary invoice for the event and as we discussed all line items are included but some will have TBD amounts. The floral order, I increased with an educated estimation, but it still subject to their final quote on Monday. Most of these items are self explanatory, but allow me to explain the Internet Bandwidth. I learned the wifi booster enhances range but not capacity. We have a meeting at 10am Monday with our cable provider to determine if we need to expand our bandwidth for the day or purchase the month to service the event's needs.

From you, may we request the following:

-full guest list of invitees

-Estimated total attendance count (can this be provided by tomorrow as we will cost and build a menu for 100 versus 200 guests if needed)

-Security timeline of walk throughs

Thank you again and it was fabulous meeting! I truly hope we can all catch a glass or bottle of champagne together following the event!

Jennifer Meyer
Event Manager | Fiola da Fabio Trabocchi
601 Pennsylvania Avenue NW | Washington DC 20004
T 202 525 1402
C 202 679 5398
Jennifer.Meyer@fabiotrabocchi.com | www.fabiotrabocchi.com


EXHIBIT
19



601 Pennsylvania Ave NW, Washington, District of Columbia  20004  (Entrance at 678 Indiana Ave)

P: 202-628-2888  F: 202-628-2889

| INVOICE | | | |
|---|---|---|---|
| Event Name: | APCO Worldwide | Event Location: | Buyout |
| Contact Name: | Linda Barnhart | Date: | Thursday, March 22nd 2018 |
| Contact #: | 6782009299 | Time: | 11:00 AM |
| Email: | lbarnhart@apcoworldwide.com | Room Fee: | $0.00 |
| Fax #: | lbarnhart@apcoworldwide.com | F&B Minimum: | $40,000.00 |
| Address: | | Guests: | 100 |
| | | On-Site Contact: | Stephanie Ruby |
| Start / End Time: | 11:00 AM - 8:00 PM | | |

| Qty. | | Price | Total |
|---|---|---|---|
| 1 | Food and Beverage Minimum | $40,000.00 | $40,000.00 |

| Qty. | | Price | Total |
|---|---|---|---|
| | #1 Lemon Forward Mocktail Needed ( Coupe Glass) | | |
| | #2 (Coupe glass, garnish: Kaffir Lime)<br>Kaffir Lime<br>Lemongrass<br>Green Apple<br>Egg White foam | | |
| | #3 (Highball glass, garnish: Mint Sprig)<br>Grapefruit juice<br>Lychee<br>Mint Syrup<br>Lime<br>Club Soda | | |
| | #4 (Highball glass, garnish: Firestick flower)<br>Hibiscus Tea<br>Lemon & Lime juice<br>Honey Syrup<br>Club Soda | | |
| | #5 (Flute glass, garnish: Pomegranate seeds)<br>Sparkling Apple cider<br>Cranberry Juice<br>Lemon Juice<br>Club Soda | | |
| | #6 (Coupe glass, garnish: Edible Flower)<br>Peach Puree<br>Lavender Syrup<br>Lemon<br>Club Soda | | |

| Qty. | | Price | Total |
|---|---|---|---|
| 1 | Two Touch screen TVs- 70", 50 iPads, Wifi Booster, 2 Logo projectors, on site technician | $8,640.00 | $8,640.00 |
| 1 | Security, 2 Executive Detail Officers, 5 hours | $630.00 | $630.00 |
| 1 | Rental furniture  (2 couches, 2 coffee tables) | $1,802.00 | $1,802.00 |
| 1 | Floral and "Red" Carpet, FINAL ESTIMATE MONDAY | $13,915.50 | $13,915.50 |
| 100 | Valet, $8 per vehicle | $8.00 | $800.00 |
| 1 | Glassware rental-TBD | | |
| 1 | Printed coasters, napkins, gift tags, gator board, step and repeat, pastry to go boxes with ribbon-TBD | | |
| 1 | Saudi Arabia Flags- TBD | | |
| 1 | Increased Internet Bandwidth- TBD | | |

| |
|---|
| Deposit of $20,000 paid on March 16th. Jennifer to provide invoice following event. |

|  |  | Total |
|---|---|---|
| Audio/Visual |  | $8,640.00 |
| Food |  | $40,000.00 |
| Flowers |  | $13,915.50 |
| Other |  | $3,232.00 |
| Subtotal |  | $65,787.50 |
| State Sales Tax | 10.0% | $4,000.00 |
| Gratuity | 20.0% | $8,000.00 |
| Planner Fee | 4.0% | $1,600.00 |
| Estimated Grand Total |  | $79,387.50 |

On Sat, Mar 17, 2018 at 10:08 AM, Arlook, Eleanor <earlook@apcoworldwide.com> wrote:

Good morning Carson - the client is requesting two separate proposals, one that shows DC and one that shows NY. I understand that some of your professional fee costs are grouped to reflect both events, but is there a way to pull those apart to show DC on one document and then what the additional planning/T&A fees would be if NY is added?

Additionally - we've gotten some feedback that the security can be reduced to 2-3 people. Can you also clearly indicate for the Fiola private room food and beverage that this is a cap but will be billed on consumption? We'll include some context in the cover note that these are all estimated costs, but just to be double clear.

Let's also strike valet for DC, I think with the crowd we're targeting we'll be more likely to have a ton of Uber/lift, walking and metro but let us know if you strongly disagree.

Lastly and on a somewhat separate note, can you please provide a list of all materials you plan on printing?

Thank you!

Elle

Sent from my iPhone

Eleanor Arlook
APCO Worldwide
(t) +1 202 778 1704

On Mar 16, 2018, at 7:29 PM, Miss Carson L. Sieving <carson.sieving@gmail.com> wrote:



**Miss Carson L. Sieving** <carson.sieving@gmail.com>                                    Sat, Mar 17, 2018 at 3:33 PM
To: "Arlook, Eleanor" <earlook@apcoworldwide.com>
Cc: Stephanie Ruby <stephanieruby@gmail.com>, "Barnhart, Linda" <lbarnhart@apcoworldwide.com>, Erick Sanchez <emsanchez1@gmail.com>, "Feldman, Alyse" <afeldman@apcoworldwide.com>, "DeAngelo, Anthony" <ADeangelo@apcoworldwide.com>

Hi Elle -

I am working on this now - and we have received some updated numbers this morning. Valet parking was included on the invitation so we need to keep it - however it will be charged per vehicle and at a lower rate than we expected, so I can adjust the estimate and note it will be on a consumption basis.

We have some outstanding security questions to go through with the APCO team that will be covered in a separate email - but as a starting point, as a head of state/member of the royal family, will there be security on site the day of from the secret service, state dept or the KSA embassy?

Thanks,
Carson

**Miss Carson L. Sieving** <carson.sieving@gmail.com>                                    Sat, Mar 17, 2018 at 4:31 PM
To: "Arlook, Eleanor" <earlook@apcoworldwide.com>
Cc: Stephanie Ruby <stephanieruby@gmail.com>, "Barnhart, Linda" <lbarnhart@apcoworldwide.com>, Erick Sanchez <emsanchez1@gmail.com>, "Feldman, Alyse" <afeldman@apcoworldwide.com>, "DeAngelo, Anthony" <ADeangelo@apcoworldwide.com>

Hi Elle -

Attached are the separated proposals.

Best,
Carson

On Sat, Mar 17, 2018 at 10:08 AM Arlook, Eleanor <earlook@apcoworldwide.com> wrote:

## Team
Erick Sanchez, (202) 769-7773, emsanchez1@gmail.com
Stephanie Ruby, (484) 753-2513, stephanieruby@gmail.com
Carson Sieving, (404) 808-2069, carson.sieving@gmail.com

# International Performance Hub NYC Activation
## Update March 17, 2018

## Overview

Erick M. Sanchez, Stephanie Ruby, and Carson Sieving ("we" or the "Principals") will work with APCO to produce an event to elevate and amplify the International Performance Hub. The event is scheduled for the week of 3/26 in New York City and has a goal of 100 guests.  The event will inform and excite tech influencers about opportunities and advantages of the International Performance Hub.  We will work with the APCO and IPH teams in order to ensure that brand messaging and execution run in-line with relevant program rollouts. The project's goals are:

1. Promote IPH among tech influencers in DC and NYC
2. Create an informative and buzzworthy party
3. Raise local awareness for IPH in the event cities

The Principals will be responsible for planning and executing the event.  Their fee covers their time, efforts, and expertise.  APCO shall pay the Principals $80,000 for these services, on the basis that the Principals are also planning the DC event the week of 3/19. All third party expenses, including travel and related costs, will be be paid either directly by APCO or charged through to APCO at cost.

## Budget:

**General:**
Event Planning & Coordination by the Principals: $80,000
Travel and Related Expenses: $15,000
Miscellaneous: $1,000
**General Total: $96,000**

**New York City**
Food, Beverages & Venue Staffing: $90,000
A/V and Technology: $30,000
Security: $4,000
Floral & Decor: $20,000
Rentals: $5,000
Signage and Printing: $5,000
Invitation Management: $1,000
Additional Pre-Event Staffing: $6,000
Gratuities & Miscellaneous: $20,000
**NYC Total: $181,000**

## Budget Summary
General: $96,000

New York City Event: $181,000

**Total: $277,000**

## Budget:

**General:**

Event Planning & Coordination by the Principals: $120,000
Travel and Related Expenses: $10,000
Miscellaneous: $2,000
**General Total: $132,000**

**Washington, D.C.**

Food, Beverages & Venue Staffing: $70,000
A/V and Technology: $12,000
Security: $2,000 (3 executive security officers on site during event)
Floral & Decor: $15,000
Rentals: $3,000
Signage and Printing: $4,000
Valet: $1,000 (to be charged on consumption at $8/vehicle)
Invitation Management: $1,000
Additional Pre-Event Staffing: $4,000
Gratuities & Miscellaneous: $10,000
Private Meeting Expenses: $10,000 (food and drink to be charged on consumption)
**DC Total: $132,000**

**Summary:**

General: $132,000

Washington, DC Event: $132,000

**Total: $264,000**

**IPH Pop-Up Payment Chart**

Arlook, Eleanor <earlook@apcoworldwide com>                                    Sat, Mar 17, 2018 at 5:54
To: "Miss Carson L. Sieving" <carson.sieving@gmail.com>
Cc: Stephanie Ruby <stephanieruby@gmail.com>, "Barnhart, Linda" <lbarnhart@apcoworldwide com>, Erick Sánchez <emsanchez1@gmail com>, "Feldman, Alyse" <afeldman@apcoworldwide com>, "DeAngelo, Anthony" <ADeangelo@apcoworldwide com>

Thanks Carson - can you please update the DC version to be a bit more clear on the event planning fees and what's estimated but will be billed based on actuals? Additionally, any rationale or SOW language you can provide that helps explain the pretty significant planning fees?

Lastly, please provide a draft contractual agreement as well - is it possible to include a clause guaranteeing attendance at at least 100?

Thank you,

Elle

Sent from my iPhone

Eleanor Arlook
APCO Worldwide
(t) +1 202 778 1704

**IPH Pop-Up Payment Chart**

Miss Carson L. Sieving <carson.sieving@gmail.com>                                      Sun, Mar 18, 20

To "Mook, Eleanor" <earlook@apcoworldwide.com>
Cc: Stephanie Ruby <stephanieruby@gmail.com> "Barnhart Linda" <lbarnhart@apcoworldwide.com>, Erich Sanchez <emsanchez1@gmail.com> "Feldman Alyse" <afeldman@apcoworldwi»
"DeAngelo Anthony" <ADeangelo@apcoworldwide.com>

Hi Elle -

Attached is the updated DC proposal.  If you have any questions, please feel free to give me a call if that is easier.  404-806-2066

Best,
Carson

**Team**
Erick Sanchez, (202) 769-7773, emsanchez1@gmail.com
Stephanie Ruby, (484) 753-2513, stephanieruby@gmail.com
Carson Sieving, (404) 808-2069, carson.sieving@gmail.com

# International Performance Hub DC Activation
## Update March 18, 2018

### Overview

Erick M. Sanchez, Stephanie Ruby, and Carson Sieving ("we" or the "Principals") will work with APCO to produce an event to elevate and amplify the International Performance Hub. The event is scheduled for March 22nd in Washington, D.C. and has a goal of 100 guests.  The event will inform and excite tech influencers about opportunities and advantages of the International Performance Hub.  We will work with the APCO and IPH teams in order to ensure that brand messaging and execution run in-line with relevant program rollouts. The project's goals are:

1.  Promote IPH among tech influencers in DC and NYC
2.  Create an informative and buzzworthy party
3.  Raise local awareness for IPH in the event cities

The Principals will be responsible for planning and executing the event.  Their fee covers their time, efforts, and expertise.  APCO shall pay the Principals $120,000 for these services. All third party expenses, including travel and related costs, will be be paid either directly by APCO or charged through to APCO at cost.

**Event Planning & Coordination Fee $120,000 includes:**

The full time and attention of the Principals for the engagement period, recognizing that APCO's and its client's timeline requires planning a complicated, well-executed and well-attended event in fewer than 10 days.

Create an event concept designed to meet the goals and objectives of APCO and its client.  The event concept will include food, non-alcoholic beverages, product displays, decor and entertainment, all of which will be determined in consultation with APCO.

Research, vet and engage a venue and all vendors for the event.

Create and invite a guest list of tech and data influencers in Washington, D.C.

Use industry standard best practices of invitation and RSVP management, including sending follow-up and reminder emails.

Personal outreach by the Principals to members of their networks to extend invitations, promote the event and expand the guest list.

Provide updated invitation lists and RSVP lists daily in the days before the event.

Provide updated budgets and estimates upon request.

Provide information to APCO to coordinate marketing, photography, event staffing (particularly with respect to guest entry, technology demonstrators and security), which will be provided by APCO, with suggestions from the Principals.

The Principals will be on site at least 2 days in advance of the event through the end of the event to manage all matters on the ground.

Debrief post-event to discuss best practices and feedback for next event.

Send follow-up e-mail to attendees post-event to offer client messaging.

## Budget

**NOTE: All expenses, other than the Event Planning & Coordination Fee, will be billed directly to APCO or charged through to APCO at cost.  The figures listed below are caps and the Principals will seek approval of APCO to exceed any line item in the Budget.**

**General:**
Event Planning & Coordination Fee: $120,000
Travel and Related Expenses: $10,000
  - Includes travel, hotel, meals and incidentals for the Principals, to be reimbursed at cost
Miscellaneous: $2,000 (est.)
**General Total: $132,000**

**Washington, D.C.**
Food, Beverages, Venue Fee and Venue Staffing: $70,000
  - Food & beverages to be billed based on final headcount with a $40,000 minimum, plus 10% sales tax, 20% gratuity, and 4% planning fee
  - Includes baked goods to give to guests upon departure
A/V and Technology: $12,000
  - Includes renting 2 large touchscreen monitors, 50 iPads and wifi boosters
  - One tech person will be on site during the event
  - To be billed through venue at cost
Security: $2,000
  - 3 executive security officers on site during event
  - To be billed through venue at cost
Floral & Decor: $15,000
  - To be billed through venue at cost
Rentals: $3,000
  - Includes glassware, furniture
  - To be billed through venue at cost
Signage and Printing: $4,000
  - Includes branded step and repeat, napkins, coasters, gift tags, and signage
  - To be billed through venue at cost
Valet: $1,000
  - To be billed through venue on consumption at $8/vehicle
Invitation Management: $1,000 (est.)
Additional Pre-Event Staffing: $4,000 (est.)
Gratuities & Miscellaneous: $10,000 (est.)
Private Meeting Expenses: $10,000
  - Access to private room included in venue fee
  - Food and drink to be charged on consumption
**DC Total: $132,000**

**Summary:**
General: $132,000
Washington, DC Event: $132,000
**Total: $264,000**

**Arlook, Eleanor**

to Maas, Linda, Alyse, me, Stephanie ▾

Mar 19

Good morning Carson,

Thank you for compiling all of these questions and working with us to iron out these details. As a heads up, we are getting a bit concerned and uncomfortable with our client's lack of confirmation and communication around a number of details for this event and we know we are cutting it extremely close for comfort.

I hate to ask this or even put this on your radar – but if we needed to cancel this DC event and potentially set our focus on a different city farther ahead in their U.S. tour, what would the ramifications be?

I know we have already paid the deposit for the restaurant and are in contact with their team, so we can work with them on that piece.

Thanks so much and I apologize for even putting this on your radar so early on a Monday morning.

Best,

Elle

**Eleanor Arlook**
Senior Consultant

APCO Worldwide
1299 Pennsylvania Ave, N.W.
Suite 300
Washington, DC 20004

(t) +1 202 778 1704

earlook@apcoworldwide.com
@apcoworldwide



EXHIBIT

tabbies®

21

**From:** Arlook, Eleanor <earlook@apcoworldwide.com>
**Sent:** Monday, March 19, 2018 11:51:05 AM
**To:** Jennifer Meyer
**Cc:** Barnhart, Linda
**Subject:** RE: Connecting on Adaa Activations in DC

Good morning Jennifer – are you available for a quick call today? We have some pretty significant changes and want to see how we can still salvage some of the things I'm sure you've already began executing against.

Please let me know if you're available for a call.

Thanks!

Elle

**Eleanor Arlook**
APCO Worldwide
(t) +1 202 778 1704



EXHIBIT

22

Barnhart, Linda <lbarnhart@apcoworldwide.com>                                                                                           Mon, Mar 19, 2018 at 2:45 PM
To: "Miss Carson L. Sieving" <carson.sieving@gmail.com>
Cc: "Erick M. Sanchez" <emsanchez1@gmail.com>, Stephanie Ruby <stephanieruby@gmail.com>, "Feldman, Alyse" <afeldman@apcoworldwide.com>, "DeAngelo, Anthony"
<ADeangelo@apcoworldwide.com>, "Arlook, Eleanor" <earlook@apcoworldwide.com>, "Kimble, Jolyon" <JKimble@apcoworldwide.com>, "Faull, Benjamin"
<bfaull@apcoworldwide.com>

Hi Carson,


We just finished a meeting with the team and they have decided to cancel any plans for New York. Many apologies for the change in direction, but we will need to cease
all activities on this for now.


Thanks,


Linda


Linda Barnhart
APCO Worldwide
(t) +1 202 778 1060 (m) +1 678 200 9299

EXHIBIT

tabbies®

23

**Miss Carson L. Sieving** <carson.sieving@gmail.com>                                                      Mon, Mar 19, 2018 at 3:48 PM
To: "Barnhart, Linda" <lbarnhart@apcoworldwide.com>
Cc: "Erick M. Sanchez" <emsanchez1@gmail.com>, Stephanie Ruby <stephanieruby@gmail.com>, "Feldman, Alyse" <afeldman@apcoworldwide.com>, "DeAngelo, Anthony"
<ADeangelo@apcoworldwide.com>, "Arlook, Eleanor" <earlook@apcoworldwide.com>, "Kimble, Jolyon" <JKimble@apcoworldwide.com>, "Faull, Benjamin"
<bfaull@apcoworldwide.com>

Hi Linda -

I left you a voicemail - we got your message and are pencils down on NYC. We are scheduled to go from NYC to DC tomorrow, Tuesday, so if you could please give me a
call when you can for a brief update - even if the update is that there is no update.

Best,
Carson
404-808-2069



## Have you talked to Fiola yet?

**Arlook, Eleanor** <earlook@apcoworldwide.com>          Mon, Mar 19, 2018 at 6:46 PM
To: "Miss Carson L. Sieving" <carson.sieving@gmail.com>
Cc: "Barnhart, Linda" <lbarnhart@apcoworldwide.com>

We haven't talked to them yet because we unfortunately still haven't gotten a straight answer from the client on whether they want to move forward or not.

Sent from my iPhone


Eleanor Arlook
Senior Consultant

APCO Worldwide
1299 Pennsylvania Ave. N.W.
Suite 300
Washington, DC 20004

(t) +1 202 778 1704

earlook@apcoworldwide.com > On Mar 19, 2018, at 6:22 PM, Miss Carson L. Sieving <carson.sieving@gmail.com> wrote:
>
> We are dodging calls from them and want to know what they know?  Thanks!  ~carson



EXHIBIT
25
tabbies

## Have you talked to Fiola yet?

Miss Carson L. Sieving <carson.sieving@gmail.com>                    Mon. Mar 19. 2018 at 7:50 PM
To: "Barnhart, Linda" <lbarnhart@apcoworldwide.com>
Cc: "Arlook, Eleanor" <earlook@apcoworldwide.com>

Hi Linda -

We have sent 841 invitations and have over 50 RSVPs already. Attached is the invitation list.

Best.
Carson

[Quoted text hidden]

⬚ **contact_export_031918_1845.csv**
   58K

**From:** Arlook, Eleanor <aarlook@apcoworldwide.com>
**Sent:** Tuesday, March 20, 2018 10:54:47 AM
**To:** Jennifer Meyer
**Cc:** Barnhart, Linda
**Subject:** RE: Connecting on Adaa Activations in DC

Hi there Jennifer – apologies for the delay, we're working with our client who is a bit concerned about the weather impacting the numbers at the event and, given the high costs associated with pulling this off and the concern about a lack of attendance based on the weather, we are trying to work through some options to either lower costs or guarantee bodies. We are working with AU to see if we can get students and provide transportation for them to attend.

On a parallel track, we also wanted to just level set with you on our understanding of what your team is managing, see what the actual expenses to date are for these items and determine whether there is any wiggle room to reduce costs. Based on the proposal we have from the planners, below is our understanding of all expenses/costs coming through Fiola.

Washington, D.C.

- Food, Beverages, Venue Fee and Venue Staffing: $70,000
  - Food & beverages to be billed based on final headcount with a $40,000 minimum, plus 10% sales tax, 20% gratuity, and 4% planning fee
  - Includes baked goods to give to guests upon departure
- A/V and Technology: $12,000
  - Includes renting 2 large touchscreen monitors, 50 iPads and wifi boosters
  - One tech person will be on site during the event
  - To be billed through venue at cost
- Security: $2,000
  - 3 executive security officers on site during event
  - To be billed through venue at cost
- Floral & Decor: $15,000
  - To be billed through venue at cost
- Rentals: $3,000
  - Includes glassware, furniture
  - To be billed through venue at cost
- Signage and Printing: $4,000
  - Includes branded step and repeat, napkins, coasters, gift tags, and signage
  - To be billed through venue at cost
- Valet: $1,000
  - To be billed through venue on consumption at $8/vehicle
- Invitation Management: $1,000 (est.)
- Additional Pre-Event Staffing: $4,000 (est.)
- Gratuities & Miscellaneous: $10,000 (est.)
- Private Meeting Expenses: $10,000
  - Access to private room included in venue fee
  - Food and drink to be charged on consumption

Thanks,

Elle

**Eleanor Arlook**
APCO Worldwide
(t) +1 202 778 1704


EXHIBIT
26

110

**Jennifer Meyer** <Jennifer.Meyer@fabiotrabocchi.com>                                          Tue, Mar 20, 2018 at 11:33 AM
To: "Arlook, Eleanor" <earlook@apcoworldwide.com>
Cc: "Barnhart, Linda" <lbarnhart@apcoworldwide.com>, Stephanie Ruby <stephanieruby@gmail.com>, "Miss Carson L. Sieving" <carson.sieving@gmail.com>, Maria Trabocchi <maria@fabiotrabocchi.com>

Hello Elle,

Thank you so much for that detailed message. I will shoot you a call following this email so we may look at the costs together. Overall we are under your budget but the vendor purchases at this time are fixed. We have made commitments through contracts and items are already in production.

The only line expense that is new is the Artist's, Abdullah Qandeel, travel and expenses that Fiola has covered. Maria Trabocchi obtained permission and support from the Embassy for the artist's trip because it will promote Saudi art and tech in the US.

For the food, we can ensure all costs of the included menus we created for both the event and for the Crown Prince's private meetings are included in the $40,000 food and beverage minimum. Extraordinary special requests would be the only reason for the cost to increase.

I have all the line expenses noted in the event link below. It also includes the full menus for the day. I will reach out shortly and we can discuss the details!

http://3se.at/doc/64be9273311408e0886926d12feb701da76f981f/26105

Best,

Jennifer Meyer
Event Manager | Fiola da Fabio Trabocchi
601 Pennsylvania Avenue NW | Washington DC 20004
T 202 525 1402
C 202 679 5398
Jennifer.Meyer@fabiotrabocchi.com | www.fabiotrabocchi.com

EXHIBIT
27



601 Pennsylvania Ave NW.
Washington. District of Columbia  20004
(Entrance at 678 Indiana Ave)
P: 202-628-2888  F: 202-628-2889

## BANQUET EVENT ORDER

| | | | |
|---|---|---|---|
| Event Name: | APCO Worldwide | Event Location: | Waitlist 1 and The Toto Room |
| Contact Name: | Linda Barnhart | Date: | Thursday, March 22nd 2018 |
| Contact #: | 6782009299 | Time: | 11:00 AM |
| Email: | lbarnhart@apcoworldwide.com | Room Fee: | $0.00 |
| Fax #: | lbarnhart@apcoworldwide.com | F&B Minimum: | $40,000.00 |
| Address: | | Guests: | 200 |
| | | On-Site Contact: | Stephanie Ruby |
| Start / End Time: | 11:00 AM - 8:00 PM | | |

**Server #:** 2

## SPECIAL INSTRUCTIONS

**EVENT NOTES:**

- Event for IPH App
- 11am-8pm set of FUll PDR
  -Set up to include 20 top table (on Aliche side) dry set to be used as work table and lounge (on Luca Side).  Includes two couches and two coffee tables.
  -All day condensed food menu and refreshments available.
  -Access to food from 11am-8pm.

- IPH Reception
  -200ppl
  -4pm ready for some VIP arrivals, 5pm arrival of most guests
  -50pc Ipad station
  -2 Touch screen TV station
  -artist station between 60/61.  Artist is Abdullah Qandeel
  -Food stations: cold station, hot station, heavy passed canapes (savory and dessert)
  -6 mocktails to be served from bar, tray passed water
- All valet to be added to master bill.  STARTING AT 4PM!!!!!!
- To go gift of pastry and flowers with logo to go tag (English logo on front, Fiola logo on back. ) Table to be manned at all times
- Logo beverage napkins, black with gold foil
- Logo Coasters , full color - white background
- Must remove all alcohol from view in bar and cabinet.
- Step and repeat (only IPH logo) with Blue or green carpet
- Gator boards next to iPad station and TV station
- Music, Stephanie's play list on Fiola sound system

Vendor Timeline:

- Party Rental: furniture, glassware, buffet items Wednesday 3.21 at 10pm
- AV Wednesday 3.21 10pm,  pick up 9pm
- Floral 8-10am
- Samaritan Security 3pm

| FOOD | | | | BEVERAGES | | | |
|---|---|---|---|---|---|---|---|
| Qty. | | Price | Total | Qty. | | Price | Total |
| 1 | Food and Beverage Minimum Event Reception | $40,000.00 | $40,000.00 | | #1 Lemon ( Coupe Glass)<br>Lemon Juice | | |
| | **CANAPÉS - NO PORK, NO SHELLFISH, NO GARLIC, NO ALCOHOL** | | | | #2 (Coupe glass, garnish: Kaffir Lime)<br>Kaffir Lime<br>Lemongrass<br>Green Apple<br>Egg White foam | | |
| | Crostino of Fontina Cheese Fonduta & Black Truffle | | | | #3 (Highball glass, garnish: Mint Sprig)<br>Grapefruit juice<br>Lychee<br>Mint Syrup<br>Lime<br>Club Soda | | |
| | Roman Cacio Fritters, San Marzano Tomatoes | | | | | | |
| | Spoon of White Asparagus, Egg Yolk, Bottarga | | | | | | |
| | Chilled Pea Gazpacho, Basil | | | | #4 (Highball glass, garnish: Firestick flower)<br>Hibiscus Tea<br>Lemon & Lime juice<br>Honey Syrup<br>Club Soda | | |
| | *Crudo of Ahi Tuna Tartare, Taggiasche Olives | | | | | | |
| | *Spoon of Smoked Salmon, Cucumber Labneh | | | | | | |
| | Seared Wagyu Beef & Goat Cheese | | | | | | |

Foie Gras Mousse, Spiced Country Bread

**COLD STATION** -NO PORK, NO SHELLFISH, NO GARLIC, NO ALCOHOL

Fiola Premium Cheese Board, Grilled Bread, Honey, Nuts, Seasonal Fruit

Vegetable Giardiniera, Marinated Olives, Raw, Grilled and Pickled Vegetables

Chef's Daily Selection of Hamachi Fresh Fish

Venetian Style Calamari, Spicy Tomato Sauce

Fiola Ahi Tuna Carpaccio, Taggiasche Olives, Meyer Lemon, Sicilian Olio Verde, Trout Roe

Variety of Spring Vegetable Salads and Caprese Salad

**HOT STATION**- NO PORK, NO SHELLFISH, NO GARLIC, NO ALCOHOL

Acquerello Risotto, Wild Calamari, Venetian Style (hot burner)

Gnocchi, Wild Mushrooms Compote, Shaved Matsutake  (hot burner)

Daily Selection of Fresh Grilled Fish Fillet  (heat lamp on platter)

Colorado Lamb Rack, Pistachio Crust(heat lamp on platter)

Seared Beef Tenderloin(heat lamp on platter)

Roasted Peewee Potatoes with Pesto (heat lamp on platter)

**DESSERT**- NO PORK, NO SHELLFISH, NO GARLIC, NO ALCOHOL

Variety of Nuts and Dates

Tiramisu

Spring Macerated Fruits

Cotton Candy Station, Rose water and Cherry

200   Pastry Gift, Hazelnut Financier, Passion Fruit and Chocolate Ganache

**All Day Menu Available at 11am-8pm NO PORK, NO SHELLFISH, NO GARLIC, NO ALCOHOL Available or plated or Family style**   $95.00

**APPETIZER**

Harvest of Lettuces, Spring Asparagus, Lemon Vinaigrette, Sardinian Flatbread

or

Burrata of Mozzarella, Pesto, Baby Artichokes, Alba Hazelnuts

or

Ahi Tuna Carpaccio, Ikura Roe

**ENTREE**

Ravioli of Fresh Greens & Ricotta, Lemon Zest, Fresh Herbs

or

Canary Island Branzino, Grilled Leeks, Taggiasche Olives

or

Roasted Veal Loin, Sunchoke Purée,

#5 (Flute glass, garnish: Pomegranate seeds)
Sparkling Apple cider
Cranberry Juice
Lemon Juice
Club Soda
#6 (Coupe glass, garnish: Edible Flower)
Peach Puree
Lavender Syrup
Lemon
Club Soda

## BEVERAGE SERVICE

6 Mocktails to be featured.

-garnishes to match logo colors, possible with flowers

Tray passed still and sparkling water.

All mocktails to be served live from bartenders.

Glassware:

Highball

Flute

Coupes

Water glasses

## SETUP

Full PDR: -Set up to include 20 top table (on ALiche side) and lounge (on Luca Side).  Includes two couches and two coffee tables.

Table to be dry set with linen only.

Have stationary ready.

MDR Event:

Must remove all alcohol from view in bar and cabinet. Set center bar shelves with flowers and candles.

Clear all dining room tables and chairs

Remove all bar stools from bar

Set 5 cocktail tables in MDR.

Station tables requirements TBD
-all tables stations to have white linen

Projected logo on foyer floor and Front dining room wall.

Floral at entrance with spot lights.  Floral in all restrooms and table stations

All food tables to be staffed at all times

Must have at least 8 runners for canapes at all times.

Staffing:

8 canape runners

Tray passed water, still and sparkling

Bar team

1 server for each station (4) cold, hot, dessert, to go gifts

zone bussing for event

Host team for coat check

All day PDR servers -4

Bathroom attendant

## AV/LABOR/OTHER ITEMS

| Qty. | | Price | Total |
|---|---|---|---|
| 1 | Two Touch screen TVs- 70", 50 iPads, Wifi Booster, 2 Logo projectors, on site technician | $9,884.25 | $9,884.25 |
| 1 | Floral and "Red" Carpet | $9,417.36 | $9,417.36 |
| 100 | Valet, $8 per vehicle | $8.00 | $800.00 |
| 1 | Furniture and Restaurant Rentals | $4,655.87 | $4,655.87 |
| 1 | Printed coasters, napkins, gift tags, gator board, step and repeat, pastry to go boxes with ribbon | $2,890.61 | $2,890.61 |
| 1 | Increased Internet Bandwidth | $1,569.46 | $1,569.46 |
| 1 | Artist, Abdullah Qandeel travel and equipment | $15,000.00 | $15,000.00 |
| 1 | Flags | $462.97 | $462.97 |

Cipollini Onions, Salsa Verde

| KITCHEN NOTES |
|---|
| Access to food all day for 20 guests starting at 11am<br>-All day refreshments of juice bar, teas, nuts, dates, chocolates<br>-Have speed menus ready of plattered room temperature drop and go items.<br><br>Event Food:<br>Overwhelming amount of passed canapes from 4-8pm<br>Cold station/ table<br>Hot Station/ table<br>Dessert station/ table<br>Dessert pastry take away. Take away table to be manned at all times, tray pass at door |

| BILLING | | |
|---|---|---|
| Deposit of $20,000 paid on March 16th. Jennifer to provide invoice following event. | | |
| | | Total |
| Audio/Visual | | $9,884.25 |
| Food | | $40,000.00 |
| Flowers | | $9,417.36 |
| Other | | $25,378.91 |
| Subtotal | | $84,680.52 |
| State Sales Tax | 10.0% | $4,000.00 |
| Gratuity | 20.0% | $8,000.00 |
| Planner Fee | 4.0% | $1,600.00 |
| Estimated Grand Total | | $98,280.52 |

## Electronic Signature

No signature on file

From: Barnhart, Linda [mailto:lbarnhart@apcoworldwide.com]
Sent: Tuesday, March 20, 2018 12:21 PM
To: Carson S <carson.sieving@gmail.com>; Arlook, Eleanor <earlook@apcoworldwide.com>
Cc: Leduc Clarke, Liam <lleducclarke@apcoworldwide.com>
Subject: RE: Connecting on Adaa Activations in DC

Hi Carson,

We just got out of a meeting with the client and a call with Fiola. We've had a number of concerns on some of the plans that were made and not approved by us first. We're super happy to hear about the RSVPs, and please keep us updated on that. Otherwise, please do not continue any other activities or planning on D.C. as we've noted there were several directions given to the venue that were not approved by us or the client first. Also, just to note again as this seems to be a perennial misunderstanding, the Crown Prince will not be in attendance and this is not an event for him.

Let us know if you have questions, and thank you.

Best,

Linda

Linda Barnhart
APCO Worldwide
(t) +1 202 778 1060 (m) +1 678 200 9299

EXHIBIT

28

120

From: Leduc Clarke, Liam
Sent: Tuesday, March 20, 2018 7:44 PM
To: Barnhart, Linda <lbarnhart@apcoworldwide.com>; Carson S <carson.sieving@gmail.com>; Arlook, Eleanor <earlook@apcoworldwide.com>
Cc: Faull, Benjamin <bfaull@apcoworldwide.com>
Subject: RE: Connecting on Adaa Activations in DC

Dear Carson,

Neither APCO nor our client has authorized or agreed to the services relating to the event on Thursday evening in DC. Accordingly, please immediately cease all work for this client, whether in DC or elsewhere.

If there are pending matters we should discuss, we should arrange to do so.

Best regards,

Liam

Liam D. Leduc Clarke

senior director, strategic consulting
**APCO** Worldwide
(office) +1 202.778.1705 | (mobile) +1 202.230.9833



EXHIBIT
79

135

---------- Forwarded message ----------
From: **Leduc Clarke, Liam** <lleducclarke@apcoworldwide.com>
Date: Wed, Mar 21, 2018 at 11:42 AM
Subject: RE: Connecting on Adaa Activations in DC
To: "Barnhart, Linda" <lbarnhart@apcoworldwide.com>, Carson S <carson.sieving@gmail.com>, "Arlook, Eleanor" <earlook@apcoworldwide.com>
Cc: "Faull, Benjamin" <bfaull@apcoworldwide.com>


Dear Carson,


Please note that tomorrow evening's event at the Fiola Restaurant is not taking place. Accordingly, please take all necessary steps in light of this.


**Best,**

**Liam**


Liam D. Leduc Clarke

senior director, strategic consulting
**APCO** Worldwide
(office) +1.202.778.1705 | (mobile) +1.202.230.9633

(secondary mobile) +1.202.651.1046 | (skype) liam.leduc.clarke

(KSA mobile) +966 55 818 5078

EXHIBIT
30
tabbies*

Miss Carson L. Sieving

to Linda, Eleanor, Anthony, me, Stephanie  ▾

 Mar 21

Dear Linda,

Attached please find our invoice for crisis event planning and attendant expenses. Upon confirmation from APCO that this invoice will be paid in accordance with the payment terms thereon, we will send an email to the event guest list with notification that the event has been canceled.

Regards,
Carson

**Carson Sieving**
**Erick Sanchez**
**Stephanie Ruby**

# Invoice

### Submitted on 3/21/2018
### For the period 3/10/2018 - 3/21/2018

| **Invoice for** | **Payable to** | **Invoice #** |
| --- | --- | --- |
| APCO Worldwide | Carson Sieving | 541 |

| | **Project** | **Due date** |
| --- | --- | --- |
| | Crisis Event Planning | 3/28/2018 |

| **Description** | **Total fee** |
| --- | --- |
| Crisis Event Planning | $200,000.00 |
| Expenses | $25,000.00 |
| **TOTAL** | **$225,000.00** |

Payment Instructions:

Routing Number: 061000052 (paper & electronic)

Routing Number: 026009593 (wires)

Account Number: 334004397154





11:53

**AD**
Anthony

Hey sorry, away from my phone. Yes, Linda should be your point

Alright. Per the email, we're ceasing the work and issuing our invoice for work and expenses this morning.

I know obviously none of this is your fault, but my overall experience with APCO has, particularly near the end, been unnecessary unhelpful and stressful from your firm's end. My only hope is that our invoice is met with no resistance for the level of hard work my team put in.

Yeah I feel you 100 percent on that. I still think you guys were perfect for this if the client actually cooperated and if our team was sharper.

I've pushed on my end, but I've

iMessage



EXHIBIT
32

143

**Leduc Clarke, Liam** <lleducclarke@apcoworldwide.com>

to Benjamin, Carson, me, stephanieruby, Linda, Eleanor, Anthony ▾

Mar 21

Dear Carson,

Regarding the invoice which you have sent to APCO, we do not have a contract for these services, APCO never approved these expenditures, and we have no approval from our client to incur such costs.

Best,
Liam

**Liam D. Leduc Clarke**
senior director, strategic consulting
**APCO** Worldwide
(office) +1 202 778 1705 | (mobile) +1 202 230 9633
(secondary mobile) +1 202 651 1046 ; (skype) liam.leduc.clarke
(KSA mobile) +966 55 818 5078


EXHIBIT
33

141