IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERICK SANCHEZ,<br><br>CARSON SIEVING,<br><br>and<br><br>STEPHANIE RUBY,<br>       Plaintiffs/Counterdefendants,<br><br>v.<br><br>APCO WORLDWIDE, LLC<br>       Defendant/Counterplaintiff. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.: 18-CV-1218<br>) (RMC)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT MOTION TO DISMISS WITH PREJUDICE THE COMPLAINT AND COUNTERCLAIMS

The parties hereby jointly move this Honorable Court to dismiss with prejudice the Complaint and Counterclaims in this matter, as this matter has been settled.

Dated this 27th day of September 2018.

_____
J. Chapman Petersen
Chap Petersen & Associates PLC
3970 Chain Bridge Road
Fairfax, VA 22030

Counsel for Plaintiffs

_____
Seth B. Waxman
Dickinson Wright PLLC
1825 Eye Street, N.W., Suite 900
Washington DC 20006

Counsel for Defendant